UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

RAYMOND GRESHAM
7060 EASTERN AVE N.W. #216
WASHINGTON D.C. 20012
(202) 726-1262
(202) 739-7216

AUG 2 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CIVIL ACTION NO.

VS. ANNAPOLIS LAND ROVER JAGUAR
  GREG GABORIK
  BRAD HOLMES
  DERRICK DAWSON
  FRANK ELIZONDO
101 FERGUSON ROAD
ANNAPOLIS, MD 21409
  DIRECT (443) 837-3470
  MAIN (410) 349-8090
  FAX (410) 757-0973

Case: 1:08-cv-01444
Assigned To : Collyer, Rosemary M.
Assign. Date : 8/20/2008
Description: Contract

COMPLAINT

SEE ATTACH SHEETS

I AM REQUESTING THAT THAT COURT GRANT ME A
TOTAL OF $60,000.00 FOR THE FOLLOWING REASONS:
        (A) $20,000.00 DEPOSIT
        (B) VOID PLATINUM WARRANTY + CONTRACT
        (C) PUNITIVE DAMAGES
        (D) PAIN AND SUFFERING
        (E) MISREPRESENTATION
        (F) BREACH OF CONTRACT
        (G) VIOLATION OF STATE AND FEDERAL LAW
        (H) A FINE AGAINST THE COMPANY

Raymond Gresham
7060 EASTERN AVE N.W.
#216
WASHINGTON D.C. 1
20012

**RECEIVED**

JUL 3 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



**M.O.S.T.** _____

Metro Orthopedics & Sports Therapy

Stephen A. Smith, M.D., F.A.C.S.
James E. Gilbert, M.D.
James S. Gardiner, M.D.
Christopher Raffo, M.D.
Jason M. Weber, D.P.M.

DATE: _5/5/08_

NAME OF PATIENT: _Raymond Gresham_

TO WHOM IT MAY CONCERN:

THE ABOVE NAMED PATIENT HAS BEEN UNDER MY CARE SINCE _surgery on 5/13/08_

FOR _®  Shoulder Surgery_

THE PATIENT  **MAY** / **(MAY NOT)**  (RETURN TO)  **(WORK)** / **SCHOOL**

ON (UNTIL)  _6/16/08_

THE PATIENT HAS THE FOLLOWING RESTRICTIONS:

_Pt. have surgery scheduled for 05/13/08 and needs to stay out of work for 6 wks_

_____

_____

STEPHEN A. SMITH, M.D.,F.A.C.S.
JAMES E. GILBERT, M.D.
JAMES GARDINER, M.D.
CHRISTOPER RAFFO, M.D.
JASON WEBER, D.P.M.
CHRISTOPHER FARRELL, M.D.

METRO PLAZA • 8401 COLESVILLE ROAD • METRO LEVEL, SUITE 50 • SILVER SPRING, MD 20910 • (301) 588-7888
19847 CENTURY BOULEVARD, SUITE 205 • GERMANTOWN, MD 20874 • (301) 515-0900
FAX • (301) 588-3419



Stephen A. Smith, M.D. F.A.C.S.
James E. Gilbert, M.D.
James S. Gardiner, M.D.
Christopher Raffo, M.D.
Jason M. Weber, D.P.M.

DATE: 6/11/08

JUN 1 9 2008

NAME OF PATIENT: Raymond Gresham

TO WHOM IT MAY CONCERN:

THE ABOVE NAMED PATIENT HAS BEEN UNDER MY CARE SINCE _____

FOR (R) Shoulder _____.

THE PATIENT **MAY / MAY NOT** RETURN TO **WORK** / SCHOOL

ON UNTIL 7/10/08 .

THE PATIENT HAS THE FOLLOWING RESTRICTIONS:

① PT

② HEP

③ F/u Evaluation 4wks

STEPHEN A. SMITH, M.D., F.A.C.S.
JAMES E. GILBERT, M.D.
JAMES GARDINER, M.D.
CHRISTOPER RAFFO, M.D.
JASON WEBER, D.P.M.
CHRISTOPHER FARRELL, M.D.

METRO PLAZA • 8401 COLESVILLE ROAD • METRO LEVEL, SUITE 50 • SILVER SPRING, MD 20910 • (301) 588-7888
19847 CENTURY BOULEVARD, SUITE 205 • GERMANTOWN, MD 20874 • (301) 515-0900
Fax • (301) 588-3410



Stephen A. Smith, M.D., F.A.C.S.
James E. Gilbert, M.D.
James S. Gardiner, M.D.

# M.O.S.T.
Metro Orthopedics & Sports Therapy

DATE: 7/9/08

NAME OF PATIENT: Gresham, Raymond

TO WHOM IT MAY CONCERN:

THE ABOVE NAMED PATIENT HAS BEEN UNDER MY CARE SINCE 7/9/08

FOR rotator cuff repair / biceps tendonitis

THE PATIENT    MAY / (MAY NOT)    RETURN TO (WORK) / SCHOOL

ON UNTIL 9/14/08

THE PATIENT HAS THE FOLLOWING RESTRICTIONS:

_____

_____

_____

_____

STEPHEN A. SMITH, M.D., F.A.C.S.
JAMES E. GILBERT, M.D.
JAMES S. GARDINER, M.D.
CHRISTOPHER S. RAFFO, M.D.

NATIONAL PARK SERVICE
ORG-CDE 3405
1849 C STREET, NW
WASHINGTON DC 20240

### LEAVE AND EARNINGS STATEMENT
**PAY PERIOD: 15    ENDING DATE: 2008-07-19**

**PAGE  1  OF  1**

4544

| NET PAY | |
|---|---|
| $ | 0.00 |
| TO: | BANK |
| ABA #: | 055002707 |

********ALL FOR AADC 200
Gresham Jr, Raymond                    C8
7060 Eastern Ave NW Apt 216            P9
Washington DC 20012
                                       1149

|..|.||||...||....||.|.||.|.|

EMPLOYEE IS RESPONSIBLE FOR VERIFICATION OF PAY, DEDUCTIONS, AND LEAVE.

| ***DESCRIPTION*** | CURRENT P/P HRS | AMOUNT | ADJUSTMENTS HRS | AMOUNT | TOTAL YTD | ***BASIC INFORMATION*** |
|---|---|---|---|---|---|---|
| EARNINGS/OTHER PAY | | | | | | SSN           XXX-XX-3156 |
| GROSS PAY | | | | | $20374.03 | PAY-PLN/GR/ST   WS/03/05 |
| | | | | | | SALARY - (PH)    $24.290 |
| DEDUCTIONS | | | | | | SCD (LEAVE)    94-01-29 |
| RETIREMENT FERS | | | | | $151.42 | FLSA CLASS   NON-EXEMPT |
| OASDI | 6.2% | | | | $1226.34 | CUM RET AGNCY  $2395.06 |
| MEDICARE | 1.45% | | | | $286.80 | TSP (AMT/PCT)       2% |
| FEDERAL TAXES | | | | | $3095.09 | |
| SINGLE  / O  EXEMPT/  O EXTRA | | | | | | |
| STATE TAXES | DC | | | | $1080.00 | **YTD TAXABLE EARNINGS** |
| HLTH INS-POST | JP1 | | | | $216.68 | ========================= |
| HLTH INS-PRE | JP1 | | | | $594.22 | FEDERAL        $19401.38 |
| FEGLI-REG | | | | | $88.95 | STATE     DC   $19401.38 |
| FEGLI-OTH | | | | | $464.60 | |
| TSP ALL FUNDS | | | | | $378.43 | |
| DEBT OFFSET | | $54.17 | | | | |
| TOTAL DEDUCTIONS | | | | | $7582.53 | |

| ***AGENCY CONTRIBUTIONS*** ITEM | P/P | YTD |
|---|---|---|
| FERS | | $2119.35 |
| OASDI | | $1226.34 |
| MEDICARE | | $286.80 |
| FEGLI INS | | $44.53 |
| HLTH INS | $145.04 | $2172.48 |
| TSP SAV BASIC | | $189.21 |
| TSP SAV MATCH | | $378.43 |

**CHECK MAILING ADDRESS**

***W-2 MAILING ADDRESS***
7060 EASTERN AVE NW
#216
WASHINGTON          DC 20012

| LEAVE TYPE | CAT (6) | LVYR C/O | BEGIN PP BAL | ACCRD PP | YTD | USD PP | YTD | ADV | BAL AVAIL | PROJ YR END | MAX C/O | USE/ LOSE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ANN | | | 8.00 | 6.00 | 54.00 | | 46.00 | | 8.00 | 76.00 | 240.00 | |
| SICK | 13.00 | 6.30 | | 4.00 | 36.00 | | 42.30 | | 6.30 | | | |
| LWOP | | | | | | 32.00 | 192.00 | | | | | |
| AWOL | | | | | | 48.00 | 233.00 | | | | | |

**PLEASE REVIEW YOUR LES PROMPTLY AND THOROUGHLY.  IF YOU THINK YOUR PAY IS IN ERROR, NOTIFY YOUR PAYROLL CONTACT IMMEDIATELY.  OVERPAYMENTS MAY CAUSE TAX IMPLICATIONS IF NOT REPAID THIS YEAR. REMARKS/MESSAGES: PAY/LEAVE QUESTIONS? CALL PAYROLL HOTLINE (303) 969-7732; FROM HOME 1-800-662-4324**

NATIONAL PARK SERVICE
ORG-CDE 3405
1849 C STREET, NW
WASHINGTON DC 20240

## LEAVE AND EARNINGS STATEMENT

4534

**PAY PERIOD:  14    ENDING DATE:  2008-07-05**

**PAGE  1  OF  1**

| NET PAY | |
|---|---|
| $ | 0.00 |
| TO: | BANK |
| ABA #: | 055002707 |

********ALL FOR AADC 200
Gresham Jr, Raymond                C8
7060 Eastern Ave NW Apt 216        P9
Washington DC  20012
                                   1167

EMPLOYEE IS RESPONSIBLE FOR VERIFICATION OF PAY, DEDUCTIONS, AND LEAVE.

| ***DESCRIPTION*** | CURRENT P/P HRS | AMOUNT | ADJUSTMENTS HRS | AMOUNT | TOTAL YTD | ***BASIC INFORMATION*** | |
|---|---|---|---|---|---|---|---|
| **EARNINGS/OTHER PAY** | | | | | | SSN | XXX-XX-3156 |
| GROSS PAY | | | | | $20374.03 | PAY-PLN/GR/ST | WS/03/05 |
| | | | | | | SALARY - (PH) | $24.290 |
| **DEDUCTIONS** | | | | | | SCD (LEAVE) | 94-01-29 |
| RETIREMENT FERS | | | | | $151.42 | FLSA CLASS | NON-EXEMPT |
| OASDI | 6.2% | | | | $1226.34 | CUM RET AGNCY | $2395.06 |
| MEDICARE | 1.45% | | | | $286.80 | TSP (AMT/PCT) | 2% |
| FEDERAL TAXES | | | | | $3095.09 | | |
| SINGLE  / O  EXEMPT/  O EXTRA | | | | | | **YTD TAXABLE EARNINGS** | |
| STATE TAXES | DC | | | | $1080.00 | =========================== | |
| HLTH INS-POST | JP1 | | | | $162.51 | FEDERAL | $19401.38 |
| HLTH INS-PRE | JP1 | | | | $594.22 | STATE  DC | $19401.38 |
| FEGLI-REG | | | | | $88.95 | | |
| FEGLI-OTH | | | | | $464.60 | | |
| TSP ALL FUNDS | | | | | $378.43 | | |
| DEBT OFFSET | | $54.17 | | | | | |
| **TOTAL DEDUCTIONS** | | | | | $7528.36 | | |

| ***AGENCY CONTRIBUTIONS*** | | | **CHECK MAILING ADDRESS** |
|---|---|---|---|
| ITEM | P/P | YTD | |
| FERS | | $2119.35 | |
| OASDI | | $1226.34 | |
| MEDICARE | | $286.80 | |
| FEGLI INS | | $44.53 | ***W-2 MAILING ADDRESS*** |
| HLTH INS | $145.04 | $2027.44 | 7060 EASTERN AVE NW |
| TSP SAV BASIC | | $189.21 | #216 |
| TSP SAV MATCH | | $378.43 | WASHINGTON        DC 20012 |

| LEAVE TYPE | CAT (6) | LYVR C/O | BEGIN PP BAL | ACCRD PP | YTD | USD PP | YTD | ADV | BAL AVAIL | PROJ YR END | MAX C/O | USE/ LOSE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ANN | | | 8.00 | 6.00 | 54.00 | | 46.00 | | 8.00 | 82.00 | 240.00 | |
| SICK | | 13.00 | 6.30 | 4.00 | 36.00 | | 42.30 | | 6.30 | | | |
| LWOP | | | | | | 80.00 | 160.00 | | | | | |
| AWOL | | | | | | | 185.00 | | | | | |

REMARKS/MESSAGES: PAY/LEAVE QUESTIONS? CALL PAYROLL HOTLINE (303) 969-7732; FROM HOME 1-800-662-4324

NATIONAL PARK SERVICE
ORG-CDE 3405
1849 C STREET, NW
WASHINGTON DC 20240

# LEAVE AND EARNINGS STATEMENT
**PAY PERIOD: 13     ENDING DATE: 2008-06-21**

**PAGE 1 OF 1**

4468

| NET PAY | |
|---|---|
| $ | 0.00 |
| TO: | BANK |
| ABA #: | 055002707 |

********ALL FOR AADC 200
Gresham Jr, Raymond                C8
7060 Eastern Ave NW Apt 216        P9
Washington DC  20012
                                   1136

IıIıIIIııIIıııIIıIıIıIıI

EMPLOYEE IS RESPONSIBLE FOR VERIFICATION OF PAY, DEDUCTIONS, AND LEAVE.

| ***DESCRIPTION*** | CURRENT P/P HRS | AMOUNT | ADJUSTMENTS HRS | AMOUNT | TOTAL YTD | ***BASIC INFORMATION*** | |
|---|---|---|---|---|---|---|---|
| **EARNINGS/OTHER PAY** | | | | | | SSN | XXX-XX-3156 |
| GROSS PAY | | | | | $20374.03 | PAY-PLN/GR/ST | WS/03/05 |
| | | | | | | SALARY - (PH) | $24.290 |
| **DEDUCTIONS** | | | | | | SCD (LEAVE) | 94-01-29 |
| RETIREMENT FERS | | | | | $151.42 | FLSA CLASS | NON-EXEMPT |
| OASDI | 6.2% | | | | $1226.34 | CUM RET AGNCY | $2395.06 |
| MEDICARE | 1.45% | | | | $286.80 | TSP (AMT/PCT) | 2% |
| FEDERAL TAXES | | | | | $3095.09 | | |
| SINGLE  / O  EXEMPT/  O EXTRA | | | | | | | |
| STATE TAXES | DC | | | | $1080.00 | **YTD TAXABLE EARNINGS** | |
| HLTH INS-POST | JP1 | | | | $108.34 | ========================= | |
| HLTH INS-PRE | JP1 | | | | $594.22 | FEDERAL | $19401.38 |
| FEGLI-REG | | | | | $88.95 | STATE    DC | $19401.38 |
| FEGLI-OTH | | | | | $464.60 | | |
| TSP ALL FUNDS | | | | | $378.43 | | |
| DEBT OFFSET | | $54.17 | | | | | |
| **TOTAL DEDUCTIONS** | | | | | $7474.19 | | |

| ***AGENCY CONTRIBUTIONS*** | | | **CHECK MAILING ADDRESS** |
|---|---|---|---|
| ITEM | P/P | YTD | |
| FERS | | $2119.35 | |
| OASDI | | $1226.34 | |
| MEDICARE | | $286.80 | |
| FEGLI INS | | $44.53 | ***W-2 MAILING ADDRESS*** |
| HLTH INS | $145.04 | $1882.40 | 7060 EASTERN AVE NW |
| TSP SAV BASIC | | $189.21 | #216 |
| TSP SAV MATCH | | $378.43 | WASHINGTON        DC 20012 |

| LEAVE TYPE | CAT (6) | LVYR C/O | BEGIN PP BAL | ACCRD PP | YTD | USD PP | YTD | ADV | BAL AVAIL | PROJ YR END | MAX C/O | USE/ LOSE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ANN | | | 8.00 | 6.00 | 54.00 | | 46.00 | | 8.00 | 88.00 | 240.00 | |
| SICK | 13.00 | 6.30 | 4.00 | 36.00 | | 42.30 | | 6.30 | | | | |
| LWOP | | | | | | 80.00 | 80.00 | | | | | |
| AWOL | | | | | | | 185.00 | | | | | |

REMARKS/MESSAGES: PAY/LEAVE QUESTIONS? CALL PAYROLL HOTLINE (303) 969-7732; FROM HOME 1-800-662-4324

NATIONAL PARK SERVICE
ORG-CDE 3405
1849 C STREET, NW
WASHINGTON DC 20240

```
+-------------------------------------------+
|      LEAVE AND EARNINGS STATEMENT      4347 |
|   PAY PERIOD:  12   ENDING DATE:  2008-06-07 |
|                                           |
|           PAGE  1  OF  1                   |
+-------------------------------------------+
```

```
+--------------------------+
|        NET PAY           |
|                          |
|  $        0.00           |
|                          |
|  TO:     BANK            |
|                          |
|  ABA #:  055002707       |
+--------------------------+
```

********ALL FOR AADC 200
Gresham Jr, Raymond                    C8
7060 Eastern Ave NW Apt 216            P9
Washington DC  20012
                                       1144

ՍլիլՍլսսՍսսսՍսլիլիլ

EMPLOYEE IS RESPONSIBLE FOR VERIFICATION OF PAY, DEDUCTIONS, AND LEAVE.

| ***DESCRIPTION*** | CURRENT P/P HRS | CURRENT P/P AMOUNT | ADJUSTMENTS HRS | ADJUSTMENTS AMOUNT | TOTAL YTD | ***BASIC INFORMATION*** |
|---|---|---|---|---|---|---|
| **EARNINGS/OTHER PAY** | | | | | | SSN          XXX-XX-3156 |
| GROSS PAY | | | | | $20374.03 | PAY-PLN/GR/ST  WS/03/05 |
| | | | | | | SALARY - (PH)   $24.290 |
| **DEDUCTIONS** | | | | | | SCD (LEAVE)    94-01-29 |
| RETIREMENT FERS | | | | | $151.42 | FLSA CLASS   NON-EXEMPT |
| OASDI | 6.2% | | | | $1226.34 | CUM RET AGNCY  $2395.06 |
| MEDICARE | 1.45% | | | | $286.80 | TSP (AMT/PCT)       2% |
| FEDERAL TAXES | | | | | $3095.09 | |
| SINGLE  / O  EXEMPT/  O EXTRA | | | | | | **YTD TAXABLE EARNINGS** |
| STATE TAXES | DC | | | | $1080.00 | |
| HLTH INS-POST | JP1 | | | | $54.17 | FEDERAL       $19401.38 |
| HLTH INS-PRE | JP1 | | | | $594.22 | STATE    DC   $19401.38 |
| FEGLI-REG | | | | | $88.95 | |
| FEGLI-OTH | | | | | $464.60 | |
| TSP ALL FUNDS | | | | | $378.43 | |
| DEBT OFFSET | | $54.17 | | | | |
| **TOTAL DEDUCTIONS** | | | | | $7420.02 | |

| ***AGENCY CONTRIBUTIONS*** ITEM | P/P | YTD | **CHECK MAILING ADDRESS** |
|---|---|---|---|
| FERS | | $2119.35 | |
| OASDI | | $1226.34 | |
| MEDICARE | | $286.80 | |
| FEGLI INS | | $44.53 | ***W-2 MAILING ADDRESS*** |
| HLTH INS | $145.04 | $1737.36 | 7060 EASTERN AVE NW |
| TSP SAV BASIC | | $189.21 | #216 |
| TSP SAV MATCH | | $378.43 | WASHINGTON          DC 20012 |

| LEAVE CAT TYPE | LVYR (6) | BEGIN C/O PP BAL | ACCRD PP | ACCRD YTD | USD PP | USD YTD | ADV | BAL AVAIL | PROJ YR END | MAX C/O | USE/ LOSE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ANN | | 8.00 | 6.00 | 54.00 | | 46.00 | | 8.00 | 94.00 | 240.00 | |
| SICK | 13.00 | 6.30 | 4.00 | 36.00 | | 42.30 | | 6.30 | | | |
| AWOL | | | | | 80.00 | 185.00 | | | | | |

REMARKS/MESSAGES: PAY/LEAVE QUESTIONS? CALL PAYROLL HOTLINE (303) 969-7732; FROM HOME 1-800-662-4324



**Douglas F. Gansler**
*Attorney General*

**Katherine Winfree**
*Chief Deputy Attorney General*

**John B. Howard, Jr.**
*Deputy Attorney General*

**State of Maryland
Office of the Attorney General
Consumer Protection Division**

**William D. Gruhn**
*Chief*
Consumer Protection Division

Writer's Direct Dial No.

(410) 576-6513

July 16, 2008

Mr. Raymond Gresham
7060 Eastern Ave. NW #216
Washington, DC 20012

Re:    Annapolis Jaguar
Case No.: MU-152529

Dear Mr. Gresham:

We have attempted to resolve your complaint against Annapolis Jaguar. We regret to advise you that the business has refused to provide the relief you desire. Mr. Holmes of Annapolis Jaguar contends that Annapolis Jaguar complied with your request to find a Jaguar meeting your specifications, completed your list of needed repairs, and did both a Washington D.C. and Maryland inspection. Mr. Holmes contends that since the car will be registered in D.C., a Maryland inspection sticker is not necessary. Mr. Holmes also stated that the temporary tags issued have expired. Annapolis Jaguar has refused to submit this dispute to arbitration.

This office is unable to force a business to resolve a dispute through mediation or compel it to submit a dispute to arbitration. If you wish to pursue your complaint, only a court can determine what rights you have in this matter and order an appropriate remedy. In deciding whether to bring private legal action, you may wish to consult an attorney. This office cannot provide legal advice or serve as your private attorney in any action you decide to bring. If you decide to sue alleging a violation of the Maryland Consumer Protection Act, your attorney may ask the court to award reasonable attorney's fees in addition to your claim.

We regret we were unable to resolve this matter, and appreciate your taking the time to file a complaint with our office.

Very truly yours,

Ivy Berney
Mediation Supervisor

---

200 Saint Paul Place ❖ Baltimore, Maryland 21202-2021
Main Office (410) 576-6300 ❖ Main Office Toll Free (888) 743-0023 ❖ D.C. Metro (301) 470-7534
Consumer Complaints and Inquiries (410) 528-8662 ❖ Health Advocacy Unit/Billing Complaints (410) 528-1840
Health Advocacy Unit Toll Free (877) 261-8807 ❖ Homebuilders Division Toll Free (877) 259-4525 ❖ Telephone for Deaf (410) 576-6372



UNITED STATES OF AMERICA
### FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Consumer Response Center

July 11, 2008

Raymond Gresham
7060 Eastern Ave NW
Washington,DC 20012

RE: FTC Ref. No. 13848638

Dear Raymond Gresham:

Thank you for recent correspondence. The Federal Trade Commission acts in the public interest to stop business practices that violate the laws it enforces. Letters from consumers and businesses are very important to the work of the Commission. They are often the first indication of a problem in the marketplace and may provide the initial evidence to begin an investigation. The Commission does not resolve individual complaints. The Commission can, however, act when it sees a pattern of possible violations developing.

The information you have provided will be recorded in our complaint retention system. This computerized system enables us to identify questionable business practices that are generating numerous complaints and may be in violation of the law.

Thank you for providing information that may be used to develop or support Commission enforcement initiatives.

Sincerely Yours,

Consumer Response Center

**Douglas F. Gansler**
*Attorney General*

**Katherine Winfree**
*Chief Deputy Attorney General*

**John B. Howard, Jr.**
*Deputy Attorney General*



**State of Maryland**
**Office of the Attorney General**
**Consumer Protection Division**

**Steven A. Silverman**
*Chief*
Consumer Protection Division

Writer's Direct Dial No.

(410) 576-6513

June 6, 2008

Annapolis Jaguar
101 Ferguson Road
Annapolis, MD 21409

IN RESPONSE REFER TO
CASE NO.: MU-152529

Re:    Raymond Gresham
       7060 Eastern Ave. NW #216
       Washington, DC 20012

Dear Sir/Madam:

The Office of the Attorney General has received a complaint from Raymond Gresham regarding his dissatisfaction with the service and purchase of his 2002 Jaguar and the extended platinum warranty. He is requesting that Annapolis Jaguar void the contract he signed on April 3, 2008 and give him a full refund of his $20,000.00 deposit.

Please review the attached materials as well as any records you may have about the transaction and then contact me so that a fair and equitable solution can be reached. I can be reached at (410) 576-6513 on Tuesday & Friday between 10:00 a.m. and 3:00 p.m.

Very truly yours,

*Jackie Shargel*

Jackie Shargel
Mediator

Enclosure
cc:   Raymond Gresham

LAW OFFICES

## SACKS & CHAPIN, P.C.

927 FIFTEENTH STREET, N.W.-9TH FLOOR

WASHINGTON, D.C. 20005

FRED C. SACKS (1913-1990)
PETER A. CHAPIN (D.C. & MD.)

(202) 659-1200

FAX: (202) 659-1029

MARYLAND OFFICE
932 HUNGERFORD DRIVE
SUITE 22A
ROCKVILLE, MARYLAND 20850

June 3, 2008

Raymond Gresham
7060 Eastern Avenue, N.W., Apt. #216
Washington, D.C., 20016

Re:    2002, Jaguar

Dear Mr. Gresham:

Thank you very much for your telephone call of Thursday, May 29, 2008, at approximately 12:04 P.M.

I attempted to reach you via telephone at both your cell number as well as your work number twice yesterday, but I received no Answer or answering device for either telephone line.

Similarly, I attempted to reach you at both telephone numbers this morning at about 9:15 A.M., and again, I received no answer on either telephone, or answering device.

You and I spoke at length on Friday, May 16, 2008, concerning your purchase of one (1) certain previously owned, 2002, Jaguar from our client, Jaguar Land Rover Annapolis. I realize that you were not happy about several aspects of your purchase.

Since both you and Jaguar Land Rover Annapolis, as we discussed, are our client, we have a definite conflict of interest in representing *either* you or them, should your matter remain unresolved.

In the nature of a "mediator", however, I offered to relay to our automobile dealer client any and all of your concerns relative to your purchase in the hope that you would accept re-delivery of your vehicle that you purchased from Jaguar Land Rover Annapolis some time ago. Your vehicle has remained idle at Jaguar Land Rover Annapolis for some time, and with us now experiencing such nice weather, I would think that you would like to have your convertible?

I suggested when we spoke on May 16th, that you reduce your concerns to writing and that I would transmit your list to our client's general manager in the hope that this matter could be resolved to the satisfaction of both parties.

SACKS & CHAPIN, P. C.

-2-

As indicated, I have been unable to speak with you or return your telephone call. If you and I have not spoken by the time this letter reaches you, I would greatly appreciate your calling me such that we can discuss this matter again.

Thank you very much for your cooperation.

Sincerely,

Peter A. Chapin

PAC:pw
cc: via e-mail, Brad Helms, JLRA

CONSUMER COMPLAINT STATEMENT: RAYMOND GRESHAM

On 4/3/2008 I had and appointment to pickup a car at the Jaguar dealership in Annapolis, Maryland during which time there was an event going on at the dealership. I purchased the car on the 3rd and had to return it on the 8th because the engine light came on showing low fluids and there was dark, smelly smoke coming from the tail pipe and engine. On the 7th I had to pull over and when I checked under the hood I discovered that all of the fluids were low and there was only a small amount of oil left and it was BLACK so I was afraid to drive the car. I called the dealership and was instructed to call the service department on the 8th who told me to bring the car in and not to worry about having it towed it would be okay to drive that day with the engine light on. Upon dropping off the car I handed in a list with 17 items on it of things that were wrong with this car. I asked about the MD State Inspection Certificate and was told it was included our papers. I searched my papers again and there was no certificate included. When I asked the 2nd time about the MD State Inspection Certificate I was told it had been done before I purchased the car but the person who did the inspection forgot to print the certificate. At the time we purchased this car we were told that this car had been MD State inspected and had a 140 point inspection done up to the manufacture's specification and I would receive a MD State Inspection Certificate. On the 9th the service department called me and stated that Annapolis Jaguar was not going to fix anything on the car. I explained that at the time of purchased I was told that if anything was wrong just bring it back and they would take care of it. At the time of purchase I included an extended warranty to cover the car for three years but was told by the service department that my warranty doesn't cover anything on my list. I was told at the time of purchase that we had a 30 day warranty on the car already and that I had purchased the best warranty a PLATINUM. I was told the Manager said he is not fixing anything on that car and I would have to pay for everything. I called Jaguar's compliant center and even had Mr. Peter Chaplin make phone calls to let the dealership know this was not fair and I wanted my money back. The car has been at the dealership ever since I dropped it off on the 8th of April 2008. I have made several trips to the dealership and each time I call in advance by the time I get there everyone is gone. I have been asking to speak to the sales manager the entire time but my calls where never returned. The last time I went was on the 23rd of April 2008 and that was because I was called by Derrick Dawson and told to come pick up the car because everything has been taken care of including the MD state inspection and that he and I would go over the car together and take it for a test drive. But upon arriving I found out that nothing was done to the car and there was no MD state inspection sticker on the car and Derrick

1

CONSUMER COMPLAINT STATEMENT: RAYMOND GRESHAM

Dawson was no place to be found. I'm tired of all the lies and misrepresentation having my wife and I run back and fourth from DC to Annapolis Maryland. I have missed work and my wife has missed school dealing with these bad promises. Before I left the dealership on the 23rd of April 2008 I took pictures of a plaque hanging in the service department that had the MD state inspection certification procedures. I also have pictures of other used cars on their lot with yellow MD State Inspection Certificates. I also have the buyer's guide, which was suppose to have been in the window of the vehicle at the time of purchase. It was never shown to us nor did anyone sign off on it. It still has the unused seals showing it was never used. On the back of the buyer's guide it states that this is a violation of the federal laws. On that Friday April 25, 2008 I called Mr. Peter Chaplin and explained what happen and told him I wanted my money back from this car and Derrick Dawson called me after that and said he was off on Thursday but didn't give an explanation why he didn't show on Wednesday as promised. I told him I wanted my money back because there is no MD state inspection certificate and nothing was fixed on the car. We were told at the time of purchase that this car came with a 30 day or 1000 miles warranty and we also purchased a 3 year platinum warranty. Mr. Peter Chaplin called me Friday May 16, 2008 to tell me that Derrick Dawson said he was not going to give me my money back.

Raymond Gresham

5/20/08
Date

2



UNITED STATES OF AMERICA
## FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Consumer Response Center

May    19, 2008

Raymond Gresham
7060 Eastern Ave NW
Washington, DC  20012

Re: FTC Ref. No.  13848638

Dear Raymond Gresham:

Thank you for your recent letter of complaint.

In 1984, the Federal Trade Commission promulgated the Used Motor Vehicle Trade Regulation Rule (the "Used Car Rule" or the "Rule"), 16 C.F.R. Part 455. This rule is primarily intended to prevent misrepresentations and unfair omissions of material facts by used car dealers concerning warranty coverage. The Rule provides for disclosure of warranty information through the use of a sticker, called the "Buyers Guide," which must be displayed prominently and conspicuously on each used vehicle a dealer offers for sale. The Rule requires that dealers use the Buyers Guide to disclose whether a warranty is offered on the vehicle. If a dealer offers a warranty, the dealer must disclose on the Buyers Guide whether the warranty is "full"or "limited," the percentage of total repair costs to be paid by the dealer, the specific systems covered by the warranty, and the duration of warranty coverage on those systems. If the vehicle is being sold "As Is" (that is, with no express or implied warranties), the dealer must check the "As Is" disclosure on the Buyers Guide indicating that the dealer assumes no responsibility for repairing or replacing defects or malfunctions after the sale.

The Buyers Guide also includes additional disclosures that are pre-printed on the form, including: (1) a suggestion that consumers ask the dealer about a pre-purchase examination of the vehicle by their own mechanic; (2) a warning against reliance on spoken promises that are not confirmed in writing; and (3) a list of fourteen major systems of an automobile and the major problems that can occur in these systems. The Buyers Guide is incorporated by reference into the sales contract, and governs in the event of any inconsistency between the Buyers Guide and the sales contract. The Rule further requires dealers to give a copy of the Buyers Guide to the consumer at the time of sale.

Dealers who fail to display Buyers Guides on their vehicles or otherwise violate the Used Car Rule can be sued in federal court actions brought by the Federal Trade Commission. In these actions, the Commission can seek up to $11,000 for each rule violation. In addition, some states have laws allowing the state's attorney general or local law enforcement agencies to bring actions against dealers in state courts to enforce the Used Car Rule. Some of these states also allow consumers themselves to sue dealers for violating the Used Car Rule. However, the Used Car Rule does not provide a federal private right of action that would allow consumers in all states to

sue dealers who fail to comply with the Rule.

Information from your letter has been added to our computerized reporting system, which is used by the FTC staff to determine actions that will benefit all consumers. As a federal regulatory agency, our role is to identify those companies that consistently violate consumers' rights and then correct those violations through appropriate law enforcement action. Meanwhile, the Attorney General's office in the state where the company is located may be able to assist you.

Sincerely yours,

Consumer Response Center

Enclosures:
1. Buying a Used Car (AUT-03)
2. Warranties (PRO-17)

FEDERAL TRADE COMMISSION
CONSUMER RESPONSE CENTER
9015 JUNCTION DRIVE   SUITE #2
ANNAPOLIS JUNCTION  MD 20701
1-877-FTC-HELP
www.ftc.gov
1-877-ID-THEFT

Date/Time:          05/20/08 04:23
Order Ref Nbr:      3123696
Order Number:       0001896519
Shipment Nbr:       1021093
Batch Nbr:          7711
PO Nbr:   3123696
Payment:
Page:        1
Order Method:

Bill-To:      245386                Ship-To:

SAME AS SHIP TO

1FTCWP1021093          051908 F1
110998-RS
RAYMOND  GRESHAM
7060 EASTERN AVE NW
WASHINGTON        DC 20012

| Bin | Item | Item Description | Qty Ship | Qty B/O |
|-----|------|-----------------|----------|---------|
| | LETTER | FTC COVER LETTER | 1 | 0 |
| | | If a brochure you requested is not enclosed, it is currently out of stock. All of the brochures you have ordered are available on our web-site at: www.ftc.gov . We apologize for any inconvenience. | | |
| | | Reference Number : 13848638 | | |
| 1S07A6 | AUT-03 | BUYING A USED CAR (APRIL 1998) | 1 | 0 |
| 1S11D5 | PRO-17 | WARRANTIES (MAY 1998) | 1 | 0 |

051908                    Picked By:                    Packed By:

FEDERAL TRADE COMMISSION
CONSUMER RESPONSE CENTER
9015 JUNCTION DRIVE  SUITE #2
ANNAPOLIS JUNCTION  MD 20701
1-877-FTC-HELP
www.ftc.gov
1-877-ID-THEFT

Date/Time:              05/20/08 04:23
Order Ref Nbr:          3123696
Order Number:           0001896519
Shipment Nbr:           1021093
Batch Nbr:              7711
PO Nbr:        3123696
Payment:
Page:          2
Order Method:

Bill-To:      245386          Ship-To:

SAME AS SHIP TO

1FTCWP1021093          051908  F1
110998-RG
RAYMOND  GRESHAM
7060 EASTERN AVE NW
WASHINGTON          DC 20012

Total Weight:          0.000
Total Pieces:          3.0000

051908                 Picked By:              Packed By:

**From:**      Better Business Bureau <baltimore.rab@bureaudata.com >
**To:**        "Raymond Gresham" <raymond_gresham@nps.gov>
**Date:**      Thursday, May 01, 2008 06:46AM
**Subject:**   BBB Complaint Case#36023443(Ref#85-22013328-36023443-4-11910)

---

Complaint ID#: 36023443
Business Name: Jaguar/Land Rover Annapolis

Thank you for contacting the Better Business Bureau regarding your complaint. The complaint was received by the BBB on May 1, 2008 and has been assigned 36023443 in our files.

The case has been reviewed and was found to contain issues that are out of the BBB's purview. Your complaint would best be handled by a Agency listed below:

DEPARTMENT OF MOTOR VEHICLES
Dealer Licensing Division
6601 Ritchie Hwy NE
Glen Burnie, MD 21062
Phone: (410) 768-7536
Web: www.mva.state.md.us

Although we are unable to assist at this time, please do not hesitate to visit our website for a complete list of services, tips, and Business Reports at www.bbb.org. We look forward to serving you in the future.

Sincerely,

Rebecca Gisriel
Trade Practices Coordinator
Dispute Resolution Department
410 347-3990 ext 3011
rgisriel@greatermd.bbb.org

**From:**    "Davis,Charlene" <Charlene.Davis@afip.osd.mil>
**To:**      <raymond_gresham@nps.gov>
**Date:**   Tuesday, April 08, 2008 08:05AM
**Subject:**

---

1. engine light (comes on)

2. dark, smelly smoke from tail pipe

3. back up light out

4. back up sensors are too low (can't hear them)

5. need another set of keys (only received one set of keys at time of purchase)

6. need Maryland Inspection (not done at time of purchase)

7. no mats in car at all

8. no jack for car

9. headrest

10. door lock on passenger's side

11. ash tray broke (will not stay closed and lighter doesn't work)

12. CD player skips (scratches my CD's)

13. lock caught

14. hood latch broken

15. front end alignment

16. 30,000 miles service

17. balance tires

# BUYERS GUIDE

**IMPORTANT: Spoken promises are difficult to enforce. Ask the dealer to put all promises in writing. Keep this form.**

| JAGUAR | XK8 | 2002 | SAJDA42C42NA28312 |
|---|---|---|---|
| VEHICLE MAKE | MODEL | YEAR | VIN NUMBER |

U1556

DEALER STOCK NUMBER (Optional)

**WARRANTIES FOR THIS VEHICLE:**

[ ] # IMPLIED WARRANTIES ONLY

This means that the dealer does not make any specific promises to fix things that need repair when you buy the vehicle or after the time of sale. But, State law "implied warranties" may give you some rights to have the dealer take care of serious problems that were not apparent when you bought the vehicle.

[XXX XXX] # WARRANTY

☐ FULL ☒ LIMITED WARRANTY. The dealer will pay ____10.00____ % of the labor and ____10.00____ % of the parts for the covered systems that fail during the warranty period. Ask the dealer for a copy of the warranty document for a full explanation of warranty coverage, exclusions, and the dealer's repair obligations. Under state law, "implied warranties" may give you even more rights.

**SYSTEMS COVERED:**

MSI ITEMS ONLY

**DURATION:**

30 DAYS OR 1000 MILES

☒ SERVICE CONTRACT. A service contract is available at an extra charge on this vehicle. Ask for details as to coverage, deductible, price, and exclusions. If you buy a service contract within 90 days of the time of sale, state law "implied warranties" may give you additional rights.

PRE PURCHASE INSPECTION: ASK THE DEALER IF YOU MAY HAVE THIS VEHICLE INSPECTED BY YOUR MECHANIC EITHER ON OR OFF THE LOT.

SEE THE BACK OF THIS FORM for important additional information, including a list of some major defects that may occur in used motor vehicles.

Below is a list of some major defects that may occur in used motor vehicles.

**Frame & Body**
Frame–cracks, corrective welds, or rusted through
Dog tracks–bent or twisted frame

**Engine**
Oil leakage, excluding normal seepage
Cracked block or head
Belts missing or inoperable
Knocks or misses related to camshaft lifters and push rods
Abnormal exhaust discharge

**Transmission & Drive Shaft**
Improper fluid level or leakage, excluding normal seepage
Cracked or damaged case which is visible
Abnormal noise or vibration caused by faulty transmission or drive shaft
Improper shifting or functioning in any gear
Manual clutch slips or chatters

**Differential**
Improper fluid level or leakage excluding normal seepage
Cracked or damaged housing which is visible
Abnormal noise or vibration caused by faulty differential

**Cooling System**
Leakage including radiator
Improperly functioning water pump

**Electrical System**
Battery leakage
Improperly functioning alternator, generator, battery, or starter

**Fuel System**
Visible leakage

**Inoperable Accessories**
Gauges or warning devices
Air conditioner
Heater & Defroster

**Brake System**
Failure warning light broken
Pedal not firm under pressure (DOT spec.)
Not enough pedal reserve (DOT spec.)
Does not stop vehicle in straight line (DOT spec.)
Hoses damaged
Drum or rotor too thin (Mfgr. Specs.)
Lining or pad thickness less than 1/32 inch
Power unit not operating or leaking
Structural or mechanical parts damaged

**Steering System**
Too much free play at steering wheel (DOT specs.)
Free play in linkage more than 1/4 inch
Steering gear binds or jams
Front wheels aligned improperly (DOT specs.)
Power unit belts cracked or slipping
Power unit fluid level improper

**Suspension System**
Ball joint seals damaged
Structural parts bent or damaged
Stabilizer bar disconnected
Spring broken
Shock absorber mounting loose
Rubber bushings damaged or missing
Radius rod damaged or missing
Shock absorber leaking or functioning improperly

**Tires**
Tread depth less than 2/32 inch
Sizes mismatched
Visible damage

**Wheels**
Visible cracks, damage or repairs
Mounting bolts loose or missing

**Exhaust System**
Leakage

---

**DEALER**

---

**ADDRESS**

---

**SEE FOR COMPLAINTS**

I hereby acknowledge receipt of the Buyers Guide at the closing of this sale.

**BUYER'S SIGNATURE**

**IMPORTANT:** The information on this form is part of any contract to buy this vehicle. Removal of this label before consumer purchase (except for purpose of test-driving) is a violation of federal law (16 C.F.R. 455).

# VEHICLE SALES CONTRACT

| BUYER'S FULL NAME | | | | | |
|---|---|---|---|---|---|
| | FIRST | MIDDLE | LAST GRESHAM | | EMAIL |

| CO-BUYER'S FULL NAME | | | | |
|---|---|---|---|---|
| | FIRST | MIDDLE | LAST | |

| STREET 7060 EASTERN AVE NW APT#218 | CITY WASHINGTON | STATE DC | ZIP CODE 20012 | COUNTY | FAX NUMBER |
|---|---|---|---|---|---|

| BUYER'S PHONE (202)726-1987 | HOME (240)888-12?? | WORK | BUYER'S DRIVERS LICENSE NO. 1391468 |
|---|---|---|---|

| CO-BUYER'S PHONE | HOME | WORK | CO-BUYER'S DRIVERS LICENSE NO. |
|---|---|---|---|

PLEASE ACCEPT THIS ORDER UPON THE TERMS AND CONDITIONS SET FORTH HEREIN, INCLUDING THE REVERSE SIDE, ALL OF WHICH I HAVE READ AND AGREE, BY MY SIGNATURE BELOW, SHALL BE BINDING UPON ME UPON ACCEPTANCE BY YOUR AUTHORIZED MANAGER, FOR THE FOLLOWING VEHICLE: SALESPERSON

☐NEW   ☐DEMONSTRATOR   ☐USED   FRANK ELIZONDO

| YEAR 2002 | MAKE JAGUAR | MODEL XK8 | TYPE 2 DOOR | COLOR CONAPP BLUE | INTERIOR BASE | ODOMETER MILEAGE 31586 |
|---|---|---|---|---|---|---|

| ENG. SIZE 8 | STOCK NO. J0556 | DELIVERY DATE 04/03/2008 G | FUEL TYPE | VEHICLE IDENTIFICATION NUMBER SAJDA42C42NA28312 |
|---|---|---|---|---|

THE VEHICLE DESCRIBED ABOVE, TO THE BEST OF OUR KNOWLEDGE, HAD A PRIOR USE AS INDICATED BELOW.
____ GOVERNMENTAL PURPOSES   ____ TAXI CAB   ____ PREVIOUSLY DELIVERED BUT NOT TITLED   ____ DEMONSTRATOR
____ SHORT TERM RENTAL   ____ LEASE   ____ DRIVER TRAINING   ____ OTHER

| BASE PRICE OF VEHICLE ( FOR NEW VEHICLES, INCLUDING ADDITIONAL MANUFACTURER ITEMS AS SHOWN ON MONRONEY LABEL) | $ | 26950.00 |
|---|---|---|
| **FREIGHT CHARGE** (FOR NEW VEHICLES: AS INCLUDED ON MONRONEY LABEL) | | |
| DEALER INSTALLED ITEMS AND CHARGES: | | |
| ROAD HAZARD TIRE | | 647.00 |
| | | |
| SERVICE CONTRACT | | 2300.00 |
| **DEALER PROCESSING CHARGE** (NOT REQUIRED BY LAW) | | |
| ELECTRONIC REGISTRATION FEE | | 99.00 |
| **CASH SALES PRICE** | | 20.00 |
| TIRE RECYCLING FEE | | 30016.00 |
| | | |
| **TITLING AND REGISTRATION FEES:** | | |
| TITLE TAX 2156.00 REGISTRATION FEES 180.00 TITLE FEES 26.00 SECURITY INTEREST 20.00 TEMPORARY TAGS | | 2382.00 |
| **TOTAL CASH DELIVERED PRICE** | | 32398.00 |
| LESS CREDITS: | | |
| DEPOSIT / CASH DOWN 20000.00 | | 20000.00 |
| TRADE IN ALLOWANCE ON | $ | TRADE IN PAY OFF $ |
| REBATES | | |
| TOTAL CREDITS | | 20000.00 |
| **TOTAL CASH DUE ON DELIVERY** | | 20000.00 |
| | | 12398.00 |

| DESCRIPTION OF TRADE-IN | | | | INS. CO. NATIONWIDE MUTUAL INS | ☐LIABILITY |
|---|---|---|---|---|---|
| MAKE | MODEL | TYPE | YEAR | POLICY NO. 52A999554 | ☐MED 600.00 |
| ODOMETER MILEAGE | COLOR | VEHICLE IDENTIFICATION NUMBER | | AGENT CRUTCHFIELD INS 1802A99SE541 | AGENT PHONE NO. ☐COMP. 100.00 |

## NO LIABILITY INSURANCE FOR BODILY INJURY OR PROPERTY DAMAGE IS INCLUDED UNLESS OTHERWISE NOTED.

### AGREEMENT TO ARBITRATE DISPUTES

Buyer(s) (also referred to as "You") and Dealer agree that if any Dispute arises, the Dispute will be resolved by binding arbitration under the applicable rules of an alternative dispute resolution agency by a single arbitrator who shall be an attorney or retired judge, with the arbitrator rendering a written decision with separate findings of fact and conclusions of law. An award by the arbitrator shall be final and binding on all parties to the proceeding. The arbitrator shall apply the substantive law of the state of Maryland and the arbitration shall take place in the county in which the Dealer is located. All costs and expenses shall be borne as determined by the arbitrator. Each party shall be responsible for its own attorney, expert and other fees, unless awarded by the arbitrator under applicable law. The arbitrator may not award punitive damages. You agree that class-wide arbitration of a Dispute may not be undertaken and that no claim arising from a Dispute (known or unknown) may be adjudicated or be the basis for compensation as a result of any class action proceeding. Judgement on an award may be entered by either party in the highest local, state, or federal court, or before any administrative body. **The parties understand that they are waiving their rights to jury trail and class consideration of all claims and disputes between them not specifically exempted from arbitration in this Agreement.   See additional arbitration terms in paragraph 14 on reverse.**

The front and back of this vehicle sales contract, along with other documents signed by You in connection with this Contract, comprise the entire agreement between the parties affecting this purchase. No oral agreements or understandings shall be binding. You acknowledge that you have been given the opportunity to review all documents prior to signing them and that you have not signed any documents in blank. By executing this Contract, You acknowledge you have read all of its terms and have received a fully completed copy. You certify you are 18 years of age or older. Until made effective, this order is not binding and You may cancel and recover deposit. Signature below constitutes consent to Buyer(s) to receive unsolicited facsimile advertisements at the fax number listed above. Under Maryland law, a dealer may not place on a vehicle an insignia that advertises the name of the dealer unless the dealer receives the consent of the buyer in the contract for the sale of the vehicle with notice to the buyer of his rights concerning insignias. Also, if a dealer places an insignia advertising the name of the dealer on the vehicle without receiving the buyer's consent, the dealer is required, at the request of the buyer, to remove his advertising and to make repairs as necessary to restore the vehicle to its original appearance at no cost to the buyer. Finally, the dealer can enter into an agreement with the buyer to compensate the buyer for the buyer's consent to place an insignia on the vehicle advertising the name of the dealer. Buyer expressly consents to the placement of dealer's insignia, logo, or other name plate on the vehicle.

| Buyer's Signature | | THIS ORDER IS NOT EFFECTIVE UNLESS SIGNED AND ACCEPTED BY DEALER OR HIS AUTHORIZED REPRESENTATIVE |
|---|---|---|
| BUYER | DATE 04/03/08 | |
| CO-BUYER | DATE | By ____ Authorized Signature |

MADA-ARB11 (8/05)    The Reynolds and Reynolds Company   TO ORDER: www.reysource.com; phone 1-800-344-0996; fax 1-800-531-9055

## ADDITIONAL TERMS AND CONDITIONS OF SALE

It is further understood and agreed between Dealer and Buyer (and, if applicable, referred to as "You") that the agreement on the reverse side hereof is subject to the following terms and conditions:

1.    New Vehicle Sales - If the manufacturer/distributor changes the suggested retail price of equipment or ordered vehicle, Dealer may change the price accordingly. If the price is increased by Dealer, You may, if dissatisfied therewith, cancel this order in which event, if a used motor vehicle has been traded in as part of the consideration for such new motor vehicle, such used motor vehicle shall be returned to You upon payment of a reasonable charge for storage, repairs and reconditioning (if any), or if such used motor vehicle has been previously sold by Dealer, the amount received therefor, less a selling commission of 15% and any expense incurred in storing, insuring, conditioning or advertising said vehicle for sale, shall be returned to You. If the manufacturer/distributor substantially modifies the ordered vehicle design/equipment or does not manufacture or distribute an ordered vehicle, this agreement is voidable by either party upon ten (10) days notice. Dealer shall only be obligated to return the deposit without interest, trade-in vehicle or the cash price of the trade-in vehicle as set forth above at Dealer's discretion.

2.    Trade-In Vehicles - If the used motor vehicle which has been traded in as part of the consideration for the motor vehicle ordered hereunder is not to be delivered to Dealer until delivery of such motor vehicle, the used motor vehicle may be reappraised at that time by Dealer and such reappraised value shall determine the allowance made for such used motor vehicle. Trade-in vehicle shall be delivered in same condition as appraised with same equipment. You guarantee to deliver title free and clear of liens or encumbrances within five (5) days of signing this agreement. If "pay-off on Your" trade-in is more than estimated herein, You shall immediately pay said difference and, if unpaid, Dealer will return said amount. If a trade-in title or equipment is not delivered as agreed, Dealer may cancel this purchase order and upon demand receive from You payment of a pay-off on trade-in and/or seek remedies as set forth in Paragraph 3 herein. At Dealer's discretion, You assume the risk of loss to trade-in vehicle until title reassigned.

3.    Default - New & Used Vehicle - In the event of default, which includes, but is not limited to (1) Your check is returned without payment; (2) promissory note not timely paid; (3) trade-in vehicle not delivered to dealer; (4) trade-in title not delivered unencumbered; (5) failure to cooperate and sign documents, and/or (6) Your failure or refusal to accept delivery of the motor vehicle ordered hereunder, Dealer shall be entitled, at its discretion, to the choice of remedies in this Agreement, which may be used separately or together, including (1) cancel purchase order; (2) repossess vehicle without notice; (3) rescind the sales transaction; (4) seek collection for amounts due; and/or (5) retain as liquidated damages any cash down payment made by You, and in the event a used motor vehicle has been traded in as part of the consideration for the motor vehicle ordered hereunder, to sell such used motor vehicle and reimburse itself out of the proceeds of such sale for any actual damages suffered by Dealer as a result of such default. Dealer shall be entitled to recover from You, for an event of default, costs for repossession/collection, reasonable interest plus reasonable attorney's fees. Any waiver of all or part of a remedy is not a continuing waiver.

4.    Dealer's Right To Terminate Agreement - New & Used Vehicles - Dealer may cancel this Agreement if: (1) on event of default as defined above; (2) any statement or representation by You is not accurate or truthful; or (3) Dealer cannot deliver vehicle for any reason set forth in Paragraph 1. Dealer's only obligation or liability shall be as stated in Paragraph 1.

5.    Condition Beyond Dealer's Control - Dealer shall not be liable for failure to deliver or delay in delivering the motor vehicle covered by this order where such failure or delay is due, in whole or part, to any cause beyond the control or without the fault or negligence of Dealer.

6.    Taxes - Unless otherwise expressly provided, the Total Purchase Price for the ordered vehicle specified on the reverse side hereof does not include any taxes imposed by any governmental authority with respect to such vehicle prior to or at the time of delivery of such vehicle to You. You assume and agree to pay any and all such taxes, and any and all other taxes except Dealer's income taxes, imposed on or incidental to the transaction covered by this order, regardless of who may have the primary tax liability.

7.    Documents - You agree to cooperate and execute all documents required by Dealer to complete the sale/lease of a vehicle. The default provisions of Paragraph 3 apply for failure. In the event the Vehicle Sales Contract must be retyped or changed, You agree to execute a new Vehicle Sales Contract so long as there is not a material change in the terms agreed to.

8.    Cash Transaction - In the case of a cash transaction, title to the ordered vehicle shall not pass to You until the Dealer shall have received, in cash, the full amount of the Unpaid Balance. However, the Dealer may, at its discretion, pass the title to the ordered vehicle prior to receipt of the full amount of the Unpaid Balance. The passing of title prior to receipt of the full cash amount of Unpaid Balance shall not relieve Your obligation to pay, in full, the Unpaid Balance as shown on the reverse side hereof. In the event that the transaction covered by the order is not a cash transaction, You agree to execute, before or at the time of delivery of the ordered vehicle, such conditional sales contracts and other instruments as may be required by Dealer.

9.    Security Agreement - You hereby grant Dealer, its successors and assigns, a security interest in the motor vehicle, equipment and accessories to be purchased pursuant to this agreement and such security interest shall remain in effect until all sums due hereunder have been paid in full.

10.    Manufacturer's Warranties - You agree that You have been given the opportunity to read the owner's manual, including the manufacturer's warranty and rustproofing information. The Dealer is not a party to the manufacturer's warranty. In the case of a new motor vehicle or chassis, the printed new manufacturer's new vehicle warranty delivered to You with such vehicle or chassis shall apply. In the case of a used motor vehicle or chassis, the applicability of an existing manufacturer's warranty shall be determined by the terms of such warranty.

11.    Notice Pursuant to the Automotive Warranty Enforcement Act - Under certain circumstances, the Maryland Automotive Warranty Enforcement Act grants to consumers the right to have a manufacturer or factory branch replace a motor vehicle or refund the purchase price during the warranty period, which under the Automotive Warranty Enforcement Act, is the earlier of 15,000 miles of operation or 15 months following delivery to the consumer. The Automotive Warranty Enforcement Act requires that if a new motor vehicle does not conform to all applicable warranties during the warranty period, the consumer shall, during such period, report the non-conformity, defect or condition by giving written notice to the manufacturer or factory branch by Certified Mail, Return Receipt Requested.

12.    Estimate - Any amount marked as an "estimate" on this agreement is based on the best information available to the Dealer and is subject to change when the true amount is determined.

13.    Used Vehicle Disclosure - CONTRACTUAL DISCLOSURE STATEMENT FOR USED VEHICLE: THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. THE INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.

14.    Additional Arbitration Terms -
       You or Dealer may begin mediation and choose one of the following Alternative Dispute Resolution ("ADR") organizations and its applicable rules: the National Arbitration Forum, Box 50191, Minneapolis, MN 55404-0191 (www.arb-forum.com), the American Arbitration Association, 335 Madison Avenue, Floor 10, New York, NY 10017-4605 (www.adr.org) or any other established ADR organization not affiliated with a consumer advocacy or business advocacy group. You or Dealer, within ten (10) days after receiving notice of the ADR organization chosen by the other party, may suggest a different established ADR organization which shall become the ADR organization in charge of the mediation unless the party initiating mediation promptly objects in the exercise of its reasonable judgment. You may get a copy of the rules of these or other ADR organizations by contacting the organization or visiting its website. If the chosen ADR organization's rules conflict with this Agreement, then the provisions of this Agreement shall control.
       A Dispute is any question as to whether something must be mediated and the terms and procedures of the mediation, as well as any allegation concerning a violation of a sale state or federal statute that may be subject of mediation, any monetary claim whether contract, tort, or other, arising from the negotiation of and terms of the Buyer's Order, any service contract or insurance product, or any retail installment sale contract or lease (but this mediation agreement does not apply to and shall not be binding on any assignee thereof).
       Notwithstanding the foregoing, You and Dealer retain any right to self-help remedies, such as repossession and to seek remedies in the State District Court of Maryland for disputes or claims within that court's jurisdiction, unless such action is transferred, removed or appealed to a different court, without first instituting mediation. This Agreement shall survive any termination, payoff or transfer of your financing contract if any part of this Agreement is deemed or found to be unenforceable for any reason, the remainder shall remain enforceable.

---

### NOTICE

Any holder of this consumer credit contract is subject to all claims and defenses which the debtor could assert against the seller of the goods or services pursuant thereto or with the proceeds hereof. Recovery hereunder by the debtor shall not exceed the amounts paid by the debtor hereunder.

---

MADA-ARB11

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Creditor-Seller (Name and Address) |
|---|---|---|
| RAYMOND GRESHAM JR<br>7060 EASTERN AVE NW APT#216<br>WASHINGTON DC 20012 | | JAGUAR LANDROVER ANNAPOLIS<br>101 FERGUSON ROAD<br>ANNAPOLIS MD 21409 ANNE ARUNDEL |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Creditor - Seller (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| USED | 2002 | JAGUAR XK8 | SAJDA42C42NA28312 | [XX] personal, family or household<br>[ ] business<br>[ ] agricultural   [ ] _____ |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $ 20000.00 |
|---|---|---|---|---|
| 8.99 % | $ 3098.20 | $ 12398.00 | $ 15496.20 | $ 35496.20 |

### Your Payment Schedule Will Be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 60 | 258.27 | Monthly beginning   05/18/2008 |

Or As Follows:

Late Charge. If payment is not received in full within __15__ days after it is due, you will pay a late charge of __10__ % of the part of the payment that is late, with a minimum charge of $ __5__.

Prepayment. If you pay off all your debt early, you will not have to pay a penalty.

Security Interest. You are giving a security interest in the vehicle being purchased.

Additional Information: See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

### ITEMIZATION OF AMOUNT FINANCED

1 Cash Price
  A Cash Price of Motor Vehicle (including accessories, services, and taxes) ........ $ 27597.00 (A)
  B Dealer Processing Charge (not required by law) ........ $ 99.00 (B)
  C Freight Charge ........ $ N/A (C)
  D Other ........ $ N/A (D)
    To Whom Paid N/A
  E Other ........ $ N/A (E)
    To Whom Paid N/A
  Total Cash Price ........ $ 27696.00 (1)

2 Total Downpayment =
  Trade-in _____ _____ _____
           (Year)    (Make)   (Model)
  Gross Trade-In Allowance ........ $ N/A
  Less Pay Off Made By Seller ........ $ N/A
  Equals Net Trade In ........ $ N/A
  + Cash ........ $ 20000.00
  + Other N/A ........ $ N/A
  (If total downpayment is negative, enter "0" and see 4I below) ........ $ 20000.00 (2)

3 Unpaid Balance of Cash Price (1 minus 2) ........ $ 7696.00 (3)

4 Other Charges Including Amounts Paid to Others on Your Behalf
  (Seller may keep part of these amounts):
  A Cost of Optional Credit Insurance Paid to Insurance
    Company or Companies.
    Life ........ $ N/A

### Insurance.

Insurance. You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest is required is checked below.

If any insurance is checked above, policies or certificates from the named insurance companies will describe the terms and conditions.

Check the insurance you want and sign below:

#### Optional Credit Insurance

[ ] Credit Life:   [ ] Buyer   [ ] Co-Buyer   [ ] Both
[ ] Credit Disability (Buyer Only)

Premium:
  Credit Life $ _____ N/A
  Credit Disability $ _____ N/A

Insurance Company Name _____
N/A

Home Office Address _____ N/A
N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not to buy credit life insurance or credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

#### Other Optional Insurance

[ ] N/A _____   N/A
    Type of Insurance          Term
Premium $ _____ N/A
Insurance Company Name _____
Home Office Address N/A
N/A

[ ] _____   N/A
    Type of Insurance
Premium $ _____ N/A
Insurance Company Name _____

|   | Disability | $ | N/A | Home Office Address | N/A |
|---|---|---|---|---|---|
| B | Vendor's Single Interest Insurance | | | | N/A |
|   | Paid to Insurance Company | $ | N/A | | |

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

| C | Other Optional Insurance Paid to Insurance Company or Companies | $ | N/A |
|---|---|---|---|
| D | Official Fees Paid to Government Agencies | $ | N/A |
| E | Government Taxes Not Included in Cash Price | $ | 2156.00 |
| F | Government License and/or Registration Fees | | |
|   | E-FILING/LIEN | $ | 220.00 |
| G | Government Certificate of Title Fees N/A | | |
|   | (includes $        security interest recording fee) | $ | 26.00 |
| H | Optional Gap Contract | $ | N/A |
| I | Other Charges (Seller must identify who is paid and | | |
|   | describe purpose) | | |
|   | to N/A        for Prior Credit or Lease Balance | $ | N/A |
|   | to N/A        for N/A | $ | N/A |
|   | to N/A        for N/A | $ | N/A |
|   | to N/A        for N/A | $ | N/A |
|   | to FIDELITY        for SERVICE | $ | 2300.00 |
|   | Total Other Charges and Amounts Paid to Others on Your Behalf | $ | 4702.00 (4) |
| 5 | Amount Financed (3 + 4) | $ | 12398.00 (5) |

I want the insurance checked above.

X _____
Buyer Signature                    Date

X _____
Co-Buyer Signature                 Date

**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE. WITHOUT SUCH INSURANCE YOU MAY NOT OPERATE THIS VEHICLE ON PUBLIC HIGHWAYS.**

**Returned Check Charge:** You agree to pay a charge of $ 15.00 if any check you give us is dishonored on the second presentment.

☐ **VENDOR'S SINGLE INTEREST INSURANCE (VSI insurance):** If the preceding box is checked, the Creditor requires VSI insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft). VSI insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. You may choose the insurance company through which the VSI insurance is obtained. If you elect to purchase VSI insurance through the Creditor, the cost of this insurance is $ N/A and is also shown in item 4B of the Itemization of Amount Financed. The coverage is for the initial term of the contract.

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4H of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term N/A        Mos.

N/A
Name of Gap Contract

I want to buy a gap contract.
Buyer Signs X _____

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before N/A    , Year    . SELLER'S INITIALS _____

---

## NO COOLING OFF PERIOD
**State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.**

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

**HOW THIS CONTRACT CAN BE CHANGED.** This contract, along with all other documents signed by you in connection with the purchase of this vehicle, comprise the entire agreement between you and us affecting this purchase. No oral agreements or understandings are binding. Upon assignment of this contract: (i) only this contract and the addenda to this contract comprise the entire agreement between you and the assignee relating to this contract; (ii) any change to this contract must be in writing and the assignee must sign it; and (iii) no oral changes are binding.   Buyer Signs X_____ Co-Buyer Signs X
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
**See back for other important agreements.**

**NOTICE TO RETAIL BUYER: Do not sign this contract in blank. You are entitled to a copy of the contract at the time you sign. Keep it to protect your legal rights.**

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.

Buyer Signs X_____ Date 04/03/08 Co-Buyer Signs X_____ Date _____
Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X_____ Address _____
Seller signs JAGUAR LANDROVER ANNAPOLIS Date 04/03/08 By X_____ Title _____

Seller assigns its interest in this contract to WACHOVIA DEALER SERVICES INC (Assignee) under the terms of Seller's agreement(s) with Assignee.

| ☐ Assigned with recourse | ☒ Assigned without recourse | ☐ Assigned with limited recourse |
|---|---|---|

JAGUAR LANDROVER ANNAPOLIS
Seller                    By _____    Title _____

## FINANCE CHARGE AND PAYMENTS

**a. How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.

**b. How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose.

**c. How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on the front on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

**d. You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

## 2. YOUR OTHER PROMISES TO US

**a. If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.

**b. Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

**c. Security Interest.**
You give us a security interest in:
- The vehicle and all parts or goods installed in it;
- All money or goods received (proceeds) for the vehicle;
- All insurance, maintenance, service, or other contracts we finance for you; and
- All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle.

**d. Insurance you must have on the vehicle.**
You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. If you do not have this insurance, we may,

---

If you pay late, we may also take the steps described below.

**b. You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once, subject to any right the law gives you to reinstate this contract. Default means:
- You do not pay any payment on time;
- You give false, incomplete, or misleading information on a credit application;
- You start a proceeding in bankruptcy or one is started against you or your property; or
- You break any agreements in this contract.

The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

**c. You may have to pay collection costs.** If we hire an attorney to collect what you owe, you will pay the attorney's reasonable fee, as the law allows. You will also pay any court and collection costs we incur as the law allows.

**d. We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. We may repossess the vehicle with or without resort to judicial process. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.

**e. How you can get the vehicle back if we take it.** If we repossess the vehicle, in many situations, the law gives you the right to buy it back. We will tell you what you have to do to get the vehicle back.

**f. We will sell the vehicle if you do not get it back.** If you do not do what is required to get the vehicle back, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.

We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it as the law allows. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us unless the law provides otherwise. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.

**g. What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe and repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

pay. The charge will be the premium of the insurance and a Case 8:08-cv-01424-RWT Document 1 finance charge equal to the Annual Percentage Rate shown on the front of this contract or, at our option, the highest rate the law permits.

If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

  e.  **What happens to returned insurance, mainte-nance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, we may subtract the refund from what you owe.

---

3.  **IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**
  a.  **You may owe late charges. If a payment is not received in full within 15 days after it is due, you will pay a late charge of 10% of the part of the payment that is late, with a minimum charge of $5.** Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments.

Filed 08/29/2008    Page 29 of 42
Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.

5.  **Used Car Buyers Guide.** The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.

  **Spanish Translation:** Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

---

6.  **Applicable Law** Federal law and Maryland law apply to this contract. This contract shall be subject to the Credit Grantor Closed End Credit Provisions (Subtitle 10) of Title 12 of the Commercial Law Article of the Maryland Code.

---

NOTICE TO BUYER(S) OF NEW VEHICLES: IF YOU ARE PURCHASING A NEW VEHICLE WHICH IS SUBJECT TO A MANUFACTURER'S EXPRESS WARRANTY AND THE VEHICLE DOES NOT CONFORM TO THAT WARRANTY DURING THE WARRANTY PERIOD, YOU MUST GIVE WRITTEN NOTICE OF THE NONCONFORMITY, DEFECT OR CONDITION TO THE MANUFACTURER OR FACTORY BRANCH DURING THE WARRANTY PERIOD BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED, IN ORDER TO PRESERVE YOUR RIGHTS UNDER THE MARYLAND AUTOMOTIVE WARRANTY ENFORCEMENT ACT.

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

The preceding NOTICE applies only if the "personal, family or household" box in the "Primary Use for Which Purchased" section of this contract is checked. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

**27804C**

**MVA**
Motor Vehicle Administration
6601 Ritchie Highway, NE
Glen Burnie, MD 21062

**MARYLAND TEMPORARY
REGISTRATION CERTIFICATE**

TEMPORARY TAG NO.

ODOMETER MILEAGE: 31586

DEALER PLEASE TYPE OR PRINT ALL INFORMATION REQUESTED

| YEAR | MAKE OF VEHICLE | BODY STYLE | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|---|
| 2002 | JAGUAR | XK8 | SAJDA42C42NA28312 |

NAME(S) OF PURCHASER(S): RAYMOND GRESHAM JR    DRIVER'S LICENSE NUMBER(S): 1991465

ADDRESS OF PURCHASER(S): 7060 EASTERN AVE NW APT#216 WASHINGTON DC 20012
STREET ADDRESS                                                     CITY OR TOWN          STATE

NAME(S) OF CO-PURCHASER(S):    DRIVER'S LICENSE NUMBER(S):

ADDRESS OF CO-PURCHASER(S):
STREET ADDRESS                        CITY OR TOWN          COUNTY          STATE  ZIP C

NAME OF ISSUING DEALERSHIP: JAGUAR LANDROVER ANNAPOLIS    DEALER'S NUMBER: N1679

ADDRESS OF DEALERSHIP: 101 FERGUSON ROAD    FULL PURCHASE PRICE: $ 27049.38

**INSURANCE
CERTIFICATION**

NAME OF INSURANCE CO.: NATIONWIDE MUTUAL INS    POLICY OR BINDER NO: 52A88955

AGENT OR BROKER: CRUTCHFIELD INS AGENCY

This is to certify that the purchaser(s) named herein have made application for and
were issued a temporary registration plate for the vehicle so described and have
exhibited proof of minimum automobile liability insurance as required by the applicable
article and section of the annotated code of Maryland. We further certify, under
penalty of perjury, that the statements made herein are true and correct, to the best
of our knowledge, information and belief.

SIGNATURE OF PURCHASER(S):

DATE OF SALE: 04/03/2008

SIGNATURE OF DEALERSHIP:

DATE OF DELIVERY: 04/03/2008

EXPIRATION DATE:    REASON FOR VOID:    TAG RETURNED: ☐ YES

TEMP. TAG NO.: **27804C**    DEALER NAME:    DEALER #:

AUTHORIZED SIGNATURE    DATE:

**CUSTOMER**

CS-006 (09-03)

**MVA** Motor Vehicle Administration
6601 Ritchie Highway, N.E.
Glen Burnie, Maryland 21062

## Verification of Residency          To be completed by Dealer

Please type or print all information. This is to certify that the following person(s) has displayed evidence of residency at the out-of-state address listed below. See reverse side for important instructions.

Name of Purchaser: RAYMOND GRESHAM, JR.

Address of Purchaser: 7060 EASTERN AVE NW APT#216 WASHINGTON DC 20012

Name of Co-Purchaser:

Address of Co-Purchaser:

Temporary Plate No. 278040C has been issued effective 04/03/2008 for a 2002 JAGUAR
                                                    Date of Sale        Year      Make

Serial Number: SAJDA42C42NA28312

Document Displayed:

Driver's License No: 1991465                    ID No.:

Purchaser's Signature X _____                  State: DC

Co-Purchaser's Signature                        Date: 04/03/2008

                                                Date:

I certify under penalty of perjury, that the statements made herein are true and correct to the best of my knowledge, information and belief.

JAGUAR LANDROVER ANNAPOLIS        N1679        _____
Name of Dealer                    Dealer Number    Signature of Dealer or Authorized Representative
White Copy - MVA Copy    Canary Copy - Purchaser's Copy    Pink Copy - Dealer's Copy

For more information, please call 1-800-638-8347 (touch tone calls only), 1-800-950-1MVA (1682) to speak with a customer service representative,
From Out-of-State: 1-301-729-4550, TTY for the hearing impaired: 1-800-492-4575, Visit our website at: www.marylandmva.com

CUSTOMER'S NAME                                                    STOCK NO

## ODOMETER DISCLOSURE STATEMENT

*Federal law (and State law, if applicable) requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.*

I, _____ (transferor's name, Print)

state that the odometer now reads _____31586_____ (no tenths) miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described below, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.

WARNING - ODOMETER DISCREPANCY.

| MAKE | MODEL | BODY TYPE |
|---|---|---|
| JAGUAR | XK8 | 2 DOOR CONVERTIBL |

| VEHICLE IDENTIFICATION NUMBER | YEAR |
|---|---|
| SAJDA42C42NA28312 | 2002 |

X _____
TRANSFEROR'S SIGNATURE

_____
PRINTED NAME

_____
TRANSFEROR'S ADDRESS (STREET)

| CITY | STATE | ZIP CODE |
|---|---|---|
| | | |

_____04/03/2008_____
DATE OF STATEMENT

X _____
TRANSFEREE'S SIGNATURE

_____
PRINTED NAME

RAYMOND GRESHAM JR
TRANSFEREE'S NAME

7060 EASTERN AVE NW APT#216
TRANSFEREE'S ADDRESS (STREET)

| CITY | STATE | ZIP CODE |
|---|---|---|
| WASHINGTON | DC | 20012 |

OM-103-N (4/89)                    Reynolds and Reynolds

... 228RS-U    REV 100  ©2000  Reynolds

344-0996, fax 1-800-531-9055

Ptg. 6/07

# AGREEMENT TO FURNISH INSURANCE POLICY
(TO BE USED WITH SECURITY AGREEMENT ON SALE OF VEHICLE)

TO SELLER    JAGUAR LANDROVER ANNAPOLIS ___    Date    04/03/2008

101 FERGUSON ROAD ANNAPOLIS MD 21409

The undersigned Buyer(s) agree(s) to furnish his/their own Insurance Policy, covering a vehicle which is the subject of a Security Agreement (the "Security Agreement") dated this ___3rd___ day of ___APRIL___, YR ___2008___

The vehicle referred to herein is described as follows:

| Year | Make | Model | Body Type | Vehicle Identification No. |
|------|------|-------|-----------|---------------------------|
| 2002 | JAGUAR | XK8 | 2 DOOR CONVERTI | SAJDA42C42NA28312 |

Such Insurance Policy must be delivered to the Seller within ___ days from the date of this Agreement. The following is not an acceptable policy. Maintenance or repair contracts, One Month Policies or Insurance Certificates that make reference to a "Master Insurance Agreement." If Seller does not receive such Policy by the time stated, Seller may (but is not required to) procure insurance of the kind and type agreed to be furnished under the terms of the Security Agreement. Such insurance may cover only Seller's interest in the vehicle

Ins.Co.  NATIONWIDE MUTUAL INS ___    Agent  CRUTCHFIELD INS AGENCY ___

1334 H ST NE WASHINGTON DC 20002 ___    (202)388-6411
ADDRESS OF AGENT - STREET    CITY    STATE    ZIP    AGENT'S PHONE NUMBER

Policy No.  52A889554 ___    Exp. Date  05/01/2013

☐Fire & Theft - ☐Additional Coverage - ☒X  100.00  Deductible Comprehensive - ☒X  500.00  Deductible Collision

In the event Buyer(s) fail(s) to furnish a valid insurance policy, or written evidence of Insurance, of the type required under the Security Agreement, Buyer(s) hereby agree(s) to pay to Seller or its assignees any earned premium for any policy they may have to place for the above described vehicle in accordance with repayment procedures set forth in the Security Agreement.

Buyer(s) further agree(s) to assume forthwith any and all responsibility for damage to the vehicle or resulting from the use, maintenance or operation of the vehicle, and agree to hold Seller free of any loss, claim, or liability resulting from any damage to the vehicle or from the vehicle's use, maintenance or operation.

Loss Payee    WACHOVIA DEALER SERVICES INC

Loss Payee's Address    PO BOX 52044 PHOENIX AZ 85072-2044

**NOTICE TO BUYER: This Agreement does not authorize the ordering of Public Liability or Property Damage Insurance. Any insurance ordered by the Seller or Seller's Assignee will cover loss of or damage to the vehicle only and will not include Public Liability or Property Damage Insurance.**

BUYER'S NAME (Print)  RAYMOND GRESHAM JR

HOME PHONE  (202)7126-1262    BUSINESS PHONE  (240)7882-1210    ADDRESS  7060 EASTERN AVE NW APT#215
                                                                          WASHINGTON DC 20012

X _____    X _____
BUYER'S SIGNATURE                CO-BUYER'S SIGNATURE

LAW FORM NO. 228RS-U  REV 100
©200 Reynolds and Reynolds    TO ORDER www.reysource.com, 1-800-344-0996, fax 1-800-531-9055
THE PRINTER MAKES NO WARRANTY, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

# WE OWE

**ANNAPOLIS MOTOR CARS, LLC**
DBA Land Rover Annapolis
DBA Jaguar Annapolis
277 Chinquapin Round Road
ANNAPOLIS, MD 21401
Tel: (410) 349-8000 • Fax: (410) 349-2908

| | |
|---|---|
| NAME | RAYMOND GRESHAM JR |
| ADDRESS | 7060 EASTERN AVE NW APT#216 |
| CITY | WASHINGTON  STATE DC |
| PHONE | (202)726-1262 |

| STK. NO. | YEAR | ZIP | VIN NO. | NEW | USED | MAKE | MODEL |
|---|---|---|---|---|---|---|---|
| U1556 | 2002 | 20012 | SAJDA42C42NA28312 | | XXX | JAGUAR | XK8 |

SALESPERSON  FRANK ELIZONDO      DEL DATE  04/03/2008

| QTY | NAME OF ITEM | PART | LABOR |
|---|---|---|---|
| | NOTHING DUE | | |
| | BUT | | |
| | GREAT SERVICE | | |
| | | | |
| | | | |
| | | | |

I hereby accept this WE-OWE with the understanding that it is valid for only (30) THIRTY DAYS FROM DATE OF ISSUANCE, and that I must make an ADVANCE APPOINTMENT WITH THE SERVICE DEPARTMENT before the above work can be performed.

## (FOR APPOINTMENT CALL SERVICE DEPT.)

CUSTOMER _____    DATE  04/03/2008

Reynolds and Reynolds
ORM SA-1506 REV (11/95)

APPROVED _____    MGR.

# Initial Privacy Notice

## Dealership (We)

Dealership Name   JAGUAR LANDROVER ANNAPOLIS

Address   101 FERGUSON ROAD ANNAPOLIS MD 21409

Telephone   (410)349-8090

## Customer (You)

Customer Name   RAYMOND GRESHAM JR

Address   7060 EASTERN AVE NW APT#216 WASHINGTON DC 20012

Telephone   (240)882-1210

In connection with your transaction we may obtain nonpublic personal information about you and that information is handled as stated in this notice.

1.  We collect personal nonpublic information about you from the following sources:

    a.  Information we receive from you on an application for credit or other similar forms;

    b.  Information about your transactions with us and others; and,

    c.  Information we receive from a consumer-reporting agency.

2.  Please be aware that it is our policy to disclose the above nonpublic personal information to **only** those companies that perform marketing services or other functions on our behalf or to other financial institutions with which we have joint marketing agreements.

3.  We do not disclose any nonpublic personal information about you to anyone except as permitted by law.

4.  Further, we restrict access to your nonpublic personal information to **only** those employees who need to know that information to provide products or services to you. Employees cannot use your information for any other purpose. For your safety, we maintain physical, electronic and procedural safeguards to further guard your nonpublic personal information.

**CUSTOMER ACKNOWLEDGEMENT:** The undersigned customer(s) acknowledge that they received a copy of this notice on the date indicated below.

RAYMOND GRESHAM JR
Customer Name (Please Print)

X _____
Customer Signature

04/03/2008
Date

_____
Co-Customer Name (Please Print)

_____
Customer Signature

_____
Date

MADS (6-01)

DATE PREPARED:    04/01/08
CHANGE EFF DATE: 04/01/08
POLICY EFF DATE: 01/22/08
POLICY EXP DATE: 07/22/08

POLICY NUMBER: 52A889554
POLICY HOLDER: RAYMOND GRESHAM

THE UNDERSIGNED COMPANY AGREES TO EXTEND THE FOLLOWING COVERAGES AS RESPECTS THE DESCRIBED AUTOMOBILE(S) COMMENCING ON THE CHANGE EFFECTIVE DATE INDICATED, PENDING THE ISSUANCE OF A NEW DECLARATION PAGE OR THE EARLIER TERMINATION OF THESE COVERAGE(S) BY THE COMPANY OR THE POLICYHOLDER. THIS EXTENSION OF INSURANCE SHALL BE IN ACCORDANCE WITH THE TERMS OF THE COMPANY'S AUTO INSURANCE POLICIES AND MANUAL OF RATES AND CLASSIFICATIONS APPLICABLE IN THE STATE ON THE CHANGE EFFECTIVE DATE OF THIS CHANGE REQUEST. THIS COVERAGE MAY BE CANCELLED BY THE COMPANY BY MAILING WRITTEN NOTICE TO THE POLICYHOLDER STATING WHEN IN ACCORDANCE WITH ANY STATUTES OR POLICY TERMS SUCH CANCELLATION SHALL BE EFFECTIVE.

## NATIONWIDE MUTUAL INSURANCE COMPANY

VEHICLE #3
2002  JAGU XK8
SAJDA42C42NA28312

| | |
|---|---|
| CUSTOMIZED AMOUNT | 1500 |
| COMPREHENSIVE | 100/OEM |
| COLLISION | 500/OEM |
| PROPERTY DAMAGE | 100000 |
| BODILY INJURY | 100/300 |
| LOSS OF USE | 30/900 |

POLICY COVERAGE

| | |
|---|---|
| UNINSURED MOTORIST--BODILY INJURY | 100/300 |
| UNINSURED MOTORIST--PROPERTY DAMAGE | 25000 |
| UNDERINSURED MOTORIST--BODILY INJURY | 100/300 |
| UNDERINSURED MOTORIST--PROPERTY DAMAGE | 25000 |

CRUTCHFIELD INS AGENCY INC          4782
1334 H ST NE
WASHINGTON, DC 20002
PHONE (202) 388-6411

4/1/08
DATE

CHECKS AND DRAFTS ARE RECEIVED SUBJECT TO COLLECTION ONLY.

RAYMOND GRESHAM
7060 EASTERN AVE NW APT 216
WASHINGTON, DC 20012-2060



# WACHOVIA
# DEALER SERVICES

P.O. Box 25341
Santa Ana, CA 92799-5341

002120  ADSWA120  741 - 741  50994    v2
#BWNJZXC
#2200 8042 8000 7617#
RAYMOND  GRESHAM JR
7060 EASTERN AVE NW 216
WASHINGTON        DC 20012

| ACCOUNT NUMBER |
|---|
| 9280012040 |

| COLLATERAL |
|---|
| 2002 Jaguar Xk8-V |

| TOTAL AMOUNT DUE |
|---|
| $258.27 |

| PAYMENT DUE DATE |
|---|
| 05/18/08 |

For 24 hour service
and payment options,
visit our Web site at
wachoviadealer.com,
or call 800-289-8004.



## It's Your Choice!

**Pick the payment option that is most convenient for you:**

- **Mail** – send us a check

- **Automatic Loan Payment (ALP)** – we debit your checking or savings account

- **Online DirectDebit** – make a payment at wachoviadealer.com

- **Telephone DirectDebit** – call 800-289-8004 (fees apply)

- **Electronic Payment** – make a payment at Western Union or MoneyGram offices nationwide (fees apply)

**Visit wachoviadealer.com or call 800-289-8004 for more information.**

# WACHOVIA
# DEALER SERVICES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/28/08 | Current Payment Due | 258.27 |
| 05/18/08 | TOTAL AMOUNT DUE | $258.27 |
| 04/28/08 | LOAN BALANCE AS OF 04/28/08 | $12,398.00 |
| | This balance represents your outstanding balance as of the statement date and is not your payoff. For a payoff calculation, please visit our Web site or call 800-289-8004.  | |

---

To ensure prompt processing, please return this portion with your payment in the envelope provided. Please write your account number on your check or money order and make payable to Wachovia Dealer Services, Inc. **DO NOT SEND CASH.**



# WACHOVIA
# DEALER SERVICES

For 24 hour service and payment options, visit our Web site at wachoviadealer.com or call 800-289-8004.

Check box for change of address & indicate new address on reverse side.
☐ Raymond  Gresham Jr
7060 Eastern Ave Nw 216
Washington      DC 20012

INTERNAL USE ONLY
☐ AT
☐ LC
☐ PO
☐ PR
☐ DB

Wachovia Dealer Services, Inc.
P.O. Box 25341
Santa Ana, CA 92799-5341

| ACCOUNT NUMBER | 9280012040 |
|---|---|
| DATE PAYMENT DUE | 05/18/08 |
| TOTAL AMOUNT DUE | $258.27 |
| AMOUNT TO BE APPLIED TO LATE CHARGES | |
| AMOUNT ENCLOSED | |

0  002  51  9280012040  0000025827  0000025827  1



**FIDELITY WARRANTY SERVICES INC.**

# ROAD HAZARD TIRE COVERAGE
## *SERVICE CONTRACT FOR NEW AND USED VEHICLES*

## VEHICLE INFORMATION

| CONTRACT NUMBER | 89634114 | SERIAL NUMBER | | |
|---|---|---|---|---|
| YEAR | MAKE | MODEL | | CURRENT ODOMETER READING |

## DEALER INFORMATION

| SELLING DEALER | | | | FWS DEALER # |
|---|---|---|---|---|
| DEALER ADDRESS | CITY | | STATE | ZIP |
| LIENHOLDER | | ADDRESS | | |
| DEALER SIGNATURE | | | | |

## SERVICE CONTRACT INFORMATION

| TERM / MILEAGE SELECTION | PLAN | OPTION |
|---|---|---|
| 3 YEARS / UNLIMITED MILEAGE* | **STANDARD** ⬜ (RHS) | ⬜ (TRA) |
| 4 YEARS / UNLIMITED MILEAGE* | PER OCCURRENCE LIMIT OF $200 FOR EACH TIRE AND $200 FOR EACH WHEEL; $1200 LIFETIME BENEFIT | **$50 TOWING OR ROADSIDE ASSISTANCE REIMBURSEMENT** |
| 5 YEARS / UNLIMITED MILEAGE* | **DELUXE** ⬜ (RDL) | |
| * OR UNTIL TIRE TREAD DEPTH REACHES 2/32ND'S, WHICHEVER OCCURS FIRST | NO PER OCCURRENCE LIMIT FOR EACH TIRE AND WHEEL; $5000 LIFETIME BENEFIT | |

| SERVICE CONTRACT PURCHASE DATE | SERVICE CONTRACT PURCHASE PRICE |
|---|---|
| | |

## SERVICE CONTRACT HOLDER INFORMATION

| FIRST NAME | LAST NAME | | |
|---|---|---|---|
| ADDRESS | CITY | STATE | ZIP |

| (AREA CODE) TELEPHONE NUMBER | ***YOU UNDERSTAND THAT THE PURCHASE OF THIS SERVICE CONTRACT IS NOT REQUIRED IN ORDER TO OBTAIN FINANCING OR TO PURCHASE THIS VEHICLE.*** |
|---|---|
| SIGNATURE | This Service Contract is subject to the "ARBITRATION" section contained herein. Please see **STATE AMENDMENTS** section for additional state provisions. |

⬜ **Washington Residents Only:** By initialing this box, **YOU** acknowledge **YOU** have reviewed with Selling Dealer the sections of this Service Contract titled: SERVICE CONTRACT COVERAGE, SERVICE CONTRACT PERIOD, EXCLUSIONS FROM COVERAGE, CANCELLATION, and IMPLIED WARRANTY. CONTRACTUAL LIABILITY POLICY # CL-02-091.

SERVICE COMPANY AND ADMINISTRATOR:

# FIDELITY WARRANTY SERVICES, INC.
### P.O. BOX 8567 ▼ DEERFIELD BEACH, FL 33443 ▼ 1-800-327-5172

**GENERAL:**

1. THE TERMS AND CONDITIONS OUTLINED WITHIN ARE THE FULL AND COMPLETE AGREEMENT BETWEEN PARTIES. NO ORAL REPRESENTATION OR STATEMENT SHOULD BE RELIED UPON BY THE PURCHASER.
2. This Service Contract will be governed by the laws of the state in which it is sold.
3. No amendment, supplement, or waiver of any provision of this Service Contract will be binding against **US** unless it writing and signed by one of the authorized representatives at **OUR** home office.
4. **WE** may delegate the performance of **OUR** duties and obligations and assign **OUR** rights and benefits hereunder.
5. **OUR** right to recover payment: if **WE** make any payment under this Service Contract and **YOU** have a right to recover a another party, **YOUR** rights shall become **OUR** rights and **YOU** shall do whatever is necessary to enable **US** to er these rights. **OUR** subrogation rights become effective after **YOU** are made whole.

**EXCLUSIONS FROM COVERAGE: THIS SERVICE CONTRACT WILL NOT PAY OR REIMBURSE YOU FOR:**

1. THE NEED TO REPAIR OR REPLACE A WHEEL WHEN THERE IS NO COVERED REPAIR OR REPLACEMEN THE TIRE MOUNTED ON THAT WHEEL;
2. ANY TIRE AND/OR WHEEL FAILURE CAUSED BY ACCIDENTS, COLLISION, UPSET DAMAGE, THEFT, LARC MALICIOUS MISCHIEF, VANDALISM, CIVIL COMMOTION, RIOTS, WARS;
3. THE REPAIR OR REPLACEMENT OF A TIRE AND/OR WHEEL BY ANY MANUFACTURER WARRANTY OR FOF OTHER COVERAGE OR OTHER REASON THE MANUFACTURER, THE IMPORTER, DISTRIBUTOR, OR SELLER REPAIR OR REPLACE THE TIRE AND/OR WHEEL AT ITS EXPENSE OR AT A REDUCED COST;
4. ANY INVOICE PRESENTED TO FWS FOR PAYMENT FOR SERVICES NOT PERFORMED AS DESCRIBED AT TIME OF AUTHORIZATION;
5. ANY CLAIM IF YOUR VEHICLE IS USED FOR POLICE OR EMERGENCY SERVICE, PRINCIPALLY OFF-ROAD SNOW REMOVAL, CARRIAGE OF PASSENGERS FOR HIRE, COMMERCIAL DELIVERY/SERVICE/REPAIR, RE PURPOSES, TOWING A TRAILER OR ANOTHER VEHICLE UNLESS YOUR VEHICLE IS EQUIPPED FOR TH RECOMMENDED BY THE MANUFACTURER;
6. ANY TIRE AND/OR WHEEL FAILURE CAUSED BY MISUSE, ABUSE, NEGLIGENCE, IMPROPER TOWING, IMPR BALANCING OR ALIGNMENT;
7. COSMETICALLY DAMAGED TIRES OR WHEELS, OR TIRES OR WHEELS DAMAGED AS A RESULT OF DEF COLLISION WITH A CURB, OR ABNORMAL WEAR AND TEAR, INCIDENTAL OR CONSEQUENTIAL DAMAGE, W ALIGNMENT, TIRE ROTATION, ATTACHING HARDWARE, WHEEL COVERS, "SPACE SAVER" STYLE SPARE OR TIRE DISPOSAL FEE;
8. THE NEED TO REPAIR OR REPLACE A TIRE AND/OR WHEEL ARISING OR RESULTING FROM THE USE OF VEHICLE OUTSIDE OF THE UNITED STATES, ITS TERRITORIES OR POSSESSIONS OR CANADA;
9. DISPOSAL CHARGES, ENVIRONMENTAL FEES, STORAGE OR FREIGHT CHARGES;
10. ANY CONSEQUENTIAL, SECONDARY DAMAGES OR UNREASONABLE COSTS THAT YOU MAY INCUR AS A RI OF THE NEED TO REPAIR OR REPLACE A TIRE AND/OR WHEEL;
11. LIABILITY FOR DAMAGE TO PROPERTY, INJURY TO OR DEATH OF ANY PERSON ARISING OUT OF THE OPER/ MAINTENANCE OR USE OF YOUR VEHICLE WHETHER OR NOT RELATED TO TIRE AND/OR WHEEL DAI

**ARBITRATION: YOU** agree that all individual, class action, or other claims arising from or relating to this Service Contract, v in contract, tort, pursuant to statute, regulation, ordinance or in equity or otherwise, are subject, at **YOUR,** the Selling D or Fidelity Warranty Services, Inc.'s ("FWS") election, to neutral binding arbitration by The American Arbitration Associatio the applicable AAA rules then in effect as modified by this Arbitration Provision. This includes, but is not limited to, claims a by **YOU** against the Selling Dealer, FWS, their affiliates, and/or their and their affiliates' employees, officers, successors, or a Any arbitration hereunder shall be governed by the Federal Arbitration Act (9 U.S.C. § 1 et seq.) and not by any state law con arbitration. The Arbitrator shall follow applicable statutes of limitations, shall honor claims of privilege recognized at law, timely requested by either party, shall provide a brief written explanation of the award's basis. Each party shall be resp for its own attorney, expert, or other fees unless applicable law provides otherwise. **Any claim or dispute is to be art on an individual basis and not as a class action. YOU expressly waive any right to arbitrate a class action or in a attorney general capacity, and there shall be no joinder or consolidation of parties, except for parties to the same c** In the event of a conflict between this Arbitration Provision and any other applicable arbitration provision, the other pro terms shall apply; provided however, that this Arbitration Provision's prohibition on classwide arbitration shall apply. If any of this Arbitration Provision is deemed invalid or unenforceable, it shall not invalidate the other provisions or the Service C provided however, that if the provision prohibiting classwide arbitration is deemed invalid, then this entire Arbitration P shall be null and void. This Arbitration Provision shall not apply to any individual claim brought by **YOU** in small claim unless such claim is transferred, removed or appealed to a different court. **Neither YOU, the Selling Dealer, nor FWS w the right to have a jury trial on any claim for which arbitration is elected. Discovery and rights to appeal are ge more limited than in a lawsuit, and other rights applicable in court may not be available in arbitration.** This Ar Provision will survive any termination, payoff, or transfer of this Service Contract. Information regarding AAA and its pro for filing a claim can be found at www.adr.org.

**MAINE:** The **PARTIES TO THIS SERVICE CONTRACT** section is removed in its entirety and replaced with the follo **BOLD** print appearing throughout this Service Contract has the following meanings: "**YOU**" and "**YOUR**" mean the custom as Service Contract Holder on the front of this Service Contract. "**WE**", "**US**" and "**OUR**" refer to the Selling Dealer or of this Service Contract. This Service Contract is between **YOU** and **US**. **WE** have appointed Fidelity Warranty Services, Inc as the authorized administrator of this Service Contract. FWS in any way neither assumes nor has any liability whats the obligations of this Service Contract.

**MARYLAND:** In the event **WE** fail to pay a valid claim or refund within sixty (60) days after proof of loss has been fil are entitled to make a direct claim to Courtesy Insurance Company. Please call 1-800-298-8011 for instructions.

**MASSACHUSETTS:** NOTICE TO CONSUMER: THE COVERAGE **YOU** ARE BUYING IS NOT REQUIRED IN OR REGISTER OR FINANCE A VEHICLE. THE BENEFITS PROVIDED MAY DUPLICATE EXPRESS MANUFACTURE SELLER'S WARRANTIES THAT COME AUTOMATICALLY WITH EVERY SALE. **YOU** CAN BE REQUIRED BY THE OF THIS COVERAGE TO PURSUE THOSE WARRANTIES WHICH ARE AVAILABLE TO **YOU** WITHOUT THIS S CONTRACT.

**MINNESOTA:** The **CANCELLATION** paragraph is amended with the addition of the following statement: THIS SERVICE CON IS NONCANCELLABLE BY **US** EXCEPT FOR FRAUD OR MATERIAL MISREPRESENTATION IN THE SUBMISSION OF C

**MISSISSIPPI:** The **ARBITRATION** provision is removed in its entirety.

**MISSOURI:** This Service Contract covers pre-existing conditions if the mechanical breakdown occurs during the Service C Period.

**NEBRASKA:** The **CANCELLATION** section is amended by the addition of the following: If **WE** cancel, **WE** will provide a notice to **YOU** via certified mail sixty (60) days in advance of cancellation.

**NEVADA:** A 10 percent penalty per thirty (30) day period shall be added to any refund not paid within thirty (30) days a date this Service Contract is returned. This Service Contract is non-cancellable by **US** except for fraud, material misreprese or failure to pay the Service Contract Purchase Price. If **WE** cancel this Service Contract, **WE** will provide written notice a fifteen (15) days prior to cancellation and state the effective date and reason for cancellation. No administration fee will be c if this Service Contract is cancelled by **US**. This Service Contract is not renewable and expires in accordance with the S Contract Period provision. This Service Contract does not exclude pre-existing conditions.

**NEW HAMPSHIRE:** In the event **YOU** do not receive satisfaction under this Service Contract, **YOU** may contact the New Ham Insurance Department, 21 South Fruit Street, Suite 14, Concord, NH 03301, 1-603-271-2261.

**NEW MEXICO:** The **CANCELLATION** paragraph is amended as follows: The right to cancel this Service Contract is not transf and only applies to the original Service Contract Holder. A 10 percent penalty will be applied to any refund that is not paid sixty (60) days of return of this Service Contract. After seventy (70) days, **WE** cannot cancel except for: 1.) non payment of S Contract Purchase Price; 2.) fraud or misrepresentation in obtaining this Service Contract or presenting a claim; or, 3.) disc of an act or omission in violation of this Service Contract which substantially and materially increases the service required the Service Contract. If **WE** cancel, **WE** will give **YOU** at least fifteen (15) days notice of cancellation.

**NEW YORK:** The **CANCELLATION** paragraph is amended as follows: A 10 percent penalty per thirty (30) day period sh added to any refund not paid within thirty (30) days after the date this Service Contract is returned. If **WE** cancel, **WE** will pr written notice at least fifteen (15) days prior to cancellation and state the effective date and reason for cancellation. This Se Contract covers pre-existing conditions if the mechanical breakdown occurs during the Service Contract Period.

**NORTH CAROLINA:** The cancellation administration fee will be $25 or 10 percent of the pro-rata refund amount, whichev less.

**OKLAHOMA:** This Service Contract is not issued by the manufacturer or wholesale company marketing the product. This Se Contract will not be honored by such manufacturer or wholesale company. The **CANCELLATION** paragraph is amended as foll A cancellation administration fee of 10 percent or $25 of the pro-rata refund amount, whichever is less, will be applied or this Service Contract is cancelled by **YOU**. If **WE** cancel, **WE** will return 100 percent of the unearned pro-rata premium.

**SOUTH CAROLINA:** If **WE** do not timely resolve such matters within sixty (60) days of proof of loss, **YOU** may contact the S Carolina Department of Insurance, P.O. Box 100105, Columbia, SC 29202-3105, or 1-800-768-3467. A 10 percent penalty be added to any refund that is not paid or credited within forty-five (45) days in accordance with Title 38 Section 38-78-30(l the SC Code of Laws. If **WE** cancel, **WE** will provide written notice at least fifteen (15) days prior to cancellation and state effective date and reason for cancellation.

**TEXAS:** If **WE** cancel, **WE** will provide written notice at least fifteen (15) days prior to cancellation and state the effective d and reason for cancellation. A 10 percent penalty per month will be applied to any refund not paid or credited within forty-i (45) days after return of this Service Contract. **YOU** may apply for reimbursement directly to Courtesy Insurance Company refund or credit is not paid within forty-five (45) days after a cancellation request is made.

101 Ferguson Road · Annapolis, MD 21401
Tel: (410) 349-8090 · Fax: (410) 349-2303 · Toll Free: (888) 868-8091
www.jlra.net

JAGUAR

LAND ROVER

ANNAPOLIS

Dear Ray,

Just want to thank you for purchasing your Jaguar XK8 from me. I really enjoyed working with you and hope that I will be able to provide you with years of exceptional service.

If there is ever anything you need, please do not hesitate to contact me, and again, thank you very much.

Cheers

JS-44
(Rev.1/05 DC)

## CIVIL COVER SHEET

M
08-1444
RMC

### I (a) PLAINTIFFS

Raymond Gresham

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  11001
(EXCEPT IN U.S. PLAINTIFF CASES)

Pro SE (NP)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

### DEFENDANTS

Greg Gragorik, et al.;

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT

Case: 1:08-cv-01444
Assigned To : Collyer, Rosemary M.
Assign. Date : 8/20/2008
Description: Contract

### II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

□ 1 U.S. Government Plaintiff

☑ 3 Federal Question
(U.S. Government Not a Party)

□ 2 U.S. Government Defendant

□ 4 Diversity
(Indicate Citizenship of Parties in item III)

### III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | □ 1 | □ 1 | Incorporated or Principal Place of Business in This State | □ 4 | □ 4 |
| Citizen of Another State | □ 2 | □ 2 | Incorporated and Principal Place of Business in Another State | □ 5 | □ 5 |
| Citizen or Subject of a Foreign Country | □ 3 | □ 3 | Foreign Nation | □ 6 | □ 6 |

### IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**□ A. Antitrust**

□ 410 Antitrust

**□ B. Personal Injury/ Malpractice**

□ 310 Airplane
□ 315 Airplane Product Liability
□ 320 Assault, Libel & Slander
□ 330 Federal Employers Liability
□ 340 Marine
□ 345 Marine Product Liability
□ 350 Motor Vehicle
□ 355 Motor Vehicle Product Liability
□ 360 Other Personal Injury
□ 362 Medical Malpractice
□ 365 Product Liability
□ 368 Asbestos Product Liability

**□ C. Administrative Agency Review**

□ 151 Medicare Act

Social Security:
□ 861 HIA ((1395ff)
□ 862 Black Lung (923)
□ 863 DIWC/DIWW (405(g)
□ 864 SSID Title XVI
□ 865 RSI (405(g)

Other Statutes
□ 891 Agricultural Acts
□ 892 Economic Stabilization Act
□ 893 Environmental Matters
□ 894 Energy Allocation Act
□ 890 Other Statutory Actions (If Administrative Agency is Involved)

**□ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**□ E. General Civil (Other) OR □ F. Pro Se General Civil**

Real Property
□ 210 Land Condemnation
□ 220 Foreclosure
□ 230 Rent, Lease & Ejectment
□ 240 Torts to Land
□ 245 Tort Product Liability
□ 290 All Other Real Property

Personal Property
□ 370 Other Fraud
□ 371 Truth in Lending
□ 380 Other Personal Property Damage
□ 385 Property Damage Product Liability

Bankruptcy
□ 422 Appeal 28 USC 158
□ 423 Withdrawal 28 USC 157

Immigration
□ 462 Naturalization Application
□ 463 Habeas Corpus- Alien Detainee
□ 465 Other Immigration Actions

Prisoner Petitions
□ 535 Death Penalty
□ 540 Mandamus & Other
□ 550 Civil Rights
□ 555 Prison Condition

Property Rights
□ 820 Copyrights
□ 830 Patent
□ 840 Trademark

Federal Tax Suits
□ 870 Taxes (US plaintiff or defendant

□ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
□ 610 Agriculture
□ 620 Other Food &Drug
□ 625 Drug Related Seizure of Property 21 USC 881
□ 630 Liquor Laws
□ 640 RR & Truck
□ 650 Airline Regs
□ 660 Occupational Safety/Health
□ 690 Other

Other Statutes
□ 400 State Reapportionment
□ 430 Banks & Banking
□ 450 Commerce/ICC Rates/etc.

□ 460 Deportation
□ 470 Racketeer Influenced & Corrupt Organizations
□ 480 Consumer Credit
□ 490 Cable/Satellite TV
□ 810 Selective Service
□ 850 Securities/Commodities/ Exchange
□ 875 Customer Challenge 12 USC 3410
□ 900 Appeal of fee determination under equal access to Justice
□ 950 Constitutionality of State Statutes
□ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

O

| □ G.  *Habeas Corpus/ 2255* | □ H.  *Employment Discrimination* | □ I.  *FOIA/PRIVACY ACT* | □ J.  *Student Loan* |
|---|---|---|---|
| □ 530 Habeas Corpus-General<br>□ 510 Motion/Vacate Sentence | □ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | □ 895 Freedom of Information Act<br>□ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | □ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| □ K.  *Labor/ERISA (non-employment)* | □ L.  *Other Civil Rights (non-employment)* | ☑ M.  *Contract* | □ N.  *Three-Judge Court* |
| □ 710 Fair Labor Standards Act<br>□ 720 Labor/Mgmt. Relations<br>□ 730 Labor/Mgmt. Reporting & Disclosure Act<br>□ 740 Labor Railway Act<br>□ 790 Other Labor Litigation<br>□ 791 Empl. Ret. Inc. Security Act | □ 441 Voting (if not Voting Rights Act)<br>□ 443 Housing/Accommodations<br>□ 444 Welfare<br>□ 440 Other Civil Rights<br>□ 445 American w/Disabilities-Employment<br>□ 446 Americans w/Disabilities-Other | □ 110 Insurance<br>□ 120 Marine<br>□ 130 Miller Act<br>□ 140 Negotiable Instrument<br>□ 150 Recovery of Overpayment & Enforcement of Judgment<br>□ 153 Recovery of Overpayment of Veteran's Benefits<br>□ 160 Stockholder's Suits<br>☒ 190 Other Contracts<br>□ 195 Contract Product Liability<br>□ 196 Franchise | □ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding  □ 2 Removed from State Court  □ 3 Remanded from Appellate Court  □ 4 Reinstated or Reopened  □ 5 Transferred from another district (specify)  □ Multi district Litigation  □ 7 Appeal to District Judge from Mag. Judge

---

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

28 USC 1332

---

**VII. REQUESTED IN COMPLAINT**    CHECK IF THIS IS A CLASS □ ACTION UNDER F.R.C.P. 23    **DEMAND $** $80,000    Check YES only if demanded in complaint
**JURY DEMAND:** □ YES  ☒ NO

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    □ YES  ☒ NO    If yes, please complete related case form.

DATE 8/20/08    SIGNATURE OF ATTORNEY OF RECORD    NCD

---

## INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
### Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

forms\js-44.wpd