UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 2 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**RAYMOND GRESHAM**
7060 Eastern Avenue N.W. #216
Washington, DC 20012
(H) (202) 726-1262
(C) (202) 739-7216

VS

**GREG GAGORIK**
**ANNAPOLIS LAND ROVER /**
**JAGUAR DEALERSHIP**
101 Ferguson Road
Annapolis, Maryland
21408
(Direct) (443) 837-3470
(Main) (410) 349-8090
(Fax) (410) 757-0973

Case: 1:08-cv-01444
Assigned To : Collyer, Rosemary M.
Assign. Date : 8/20/2008
Description: Contract

## AMENDED COMPLAINT

### NATURE OF COMPLAINT:

I purchased a vehicle from Annapolis Land Rover Jaguar dealership on April 3, 2008 had to return it due to several malfunctions and the dealership has refused to honor the extended warranty I purchased; has refused my money back, has refused to fix the vehicle and refused arbitration. The vehicle is still at the dealership since I checked it into the service department.

### COMPLIANT:

On 4/3/2008 I had and appointment to pickup a car at the Jaguar dealership in Annapolis, Maryland during which time there was an event going on at the dealership. I purchased the car on the 3rd and had to return it on the 8th because the engine light came on showing low fluids and there was dark, smelly smoke coming from the tail pipe and engine. On the 7th I had to pull over and when I checked under the hood I discovered that all of the fluids were low and there was only a small amount of oil left and it was BLACK so I was afraid to drive the car. I called the dealership and was instructed to call the service department on the 8th who told me to bring the car in and not to worry about having it towed it would be okay to drive that day with the engine light on. Upon dropping off the car I handed in a list with 17 items on it of things that were wrong with this car. I asked about the MD State Inspection Certificate and was told it was included our papers. I

RECEIVED
JUL 3 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3

searched my papers again and there was no certificate included. When I asked the 2nd time about the MD State Inspection Certificate I was told it had been done before I purchased the car but the person who did the inspection forgot to print the certificate. At the time we purchased this car we were told that this car had been MD State inspected and had a 140 point inspection done up to the manufacture's specification and I would receive a MD State Inspection Certificate. On the 9th the service department called me and stated that Annapolis Jaguar was not going to fix anything on the car. I explained that at the time of purchased I was told that if anything was wrong just bring it back and they would take care of it. At the time of purchase I included an extended warranty to cover the car for three years but was told by the service department that my warranty doesn't cover anything on my list. I was told at the time of purchase that we had a 30-day warranty on the car already and that I had purchased the best warranty a **PLATINUM**. I was told the Manager said he is not fixing anything on that car and I would have to pay for everything. I called Jaguar's compliant center and even had Mr. Peter Chaplin make phone calls to let the dealership know this was not fair and I wanted my money back. The car has been at the dealership ever since I dropped it off on the 8th of April 2008. I have made several trips to the dealership and each time I call in advance by the time I get there everyone is gone. I have been asking to speak to the sales manager the entire time but my calls where never returned. The last time I went was on the 23rd of April 2008 and that was because I was called by Derrick Dawson and told to come pick up the car because everything has been taken care of including the MD state inspection and that he and I would go over the car together and take it for a test drive. But upon arriving I found out that nothing was done to the car and there was no MD state inspection sticker on the car and Derrick Dawson was no place to be found. I'm tired of all the lies and misrepresentation having my wife and I run back and fourth from DC to Annapolis Maryland. I have missed work and my wife has missed school dealing with these bad promises. Before I left the dealership on the 23rd of April 2008 I took pictures of a plaque hanging in the service department that had the MD state inspection certification procedures. I also have pictures of other used cars on their lot with yellow MD State Inspection Certificates. I also have the buyer's guide, which was suppose to have been in the window of the vehicle at the time of purchase. It was never shown to us nor did anyone sign off on it. It still has the unused seals showing it was never used. On the back of the buyer's guide it states that this is a violation of the federal laws. On that Friday April 25, 2008 I called Mr. Peter Chaplin and explained what happen and told him I wanted my money back from this car and Derrick Dawson called me after that and said he was off on Thursday but didn't give an explanation why he didn't show on Wednesday as promised. I told him I wanted my money back because there is no MD state inspection certificate and nothing was fixed on the car. We were told at the time of purchase that this car came with a 30 day or 1000 miles warranty and we also purchased a 3 year platinum warranty. Mr. Peter Chaplin called me Friday May 16, 2008 to tell me that Derrick Dawson said he was not going to give me my money back.

On May 1, 2008 I filed with the Better Business Bureau Complaint **ID#36023443** and was referred to the Department of Motor Vehicle Dealer's Licensing Division and they couldn't help me either.

On May 19, 2008 I filed a complaint with the Federal Trade Commission office about the buyer's guide. Annapolis Jaguar dealership violated the law by not having the buyer's guide shown in the window of the vehicle before or during the sale. I purchased this car without ever seeing the buyer's guide, without signing the buyer's guide, the dealer never signed off on it and also there should have been a contact person and I never had a chance to get a pre purchase inspection before buying this car. The buyer's guide has never been opened it is still sealed up. During the purchase of this car I was never shown the buyer's guide it was sled in my paperwork but never gone over with me. I never saw the buyer's guide and never had a chance to sign it. On back of the buyer's guide it states "IMPORTANT: The information on this form is part of any contract to buy this vehicle. Removal of this label before consumer purchase (except for purpose of test-driving) is a violation of federal law **(16 C.F.R. 455).**" I received a letter from the Federal Trade Commission Re: FTC Ref. No. 13848638 that is enclosed with my paperwork stating that the Buyer's Guide over rides any sales contract and the contract is voided. Also in the dealer's contract **paragraph #5** it states the same thing.

May 20, 2008 I filed a complaint with the State of Maryland Office of Attorney General Consumer Protection Division. On June 6, 2008 I received a letter that the State of Maryland Office of Attorney General Consumer Protection Division had sent to Annapolis Jaguar dealership asking for my $20,000.00 deposit and extended platinum warranty and to void my contract. In their letter it states they sent all of my evidence, including the list of 17 items to be fixed on the vehicle from April 8, 2008.

On June 3, 2008 I received a letter from Peter Chaplin acknowledging that we have been speaking on this matter about them fixing the car because I didn't want to drive an unsafe vehicle. Mr. Chaplin has been my lawyer in the past and he referred me to the dealership. Mr. Chaplin and I have spoke of this matter and I've explained to him several times it a conflict of interest to interfere. But in his letter he states "In the nature of a "mediator", however, I offered to relay to our automobile dealer client any and all of your concerns relative to your purchase in the hope that you would accept re-delivery of your vehicle that you purchased from Jaguar Land Rover Annapolis some time ago. " On May 16, 2008 when we spoke he asked me to make a list of everything that was wrong with the car but I reminded him on April 8,2008 I turned in a list of 17 items to be fixed and the dealership refused to fix anything. This proves that they haven't done any work on the car it has been just sitting there since I checked it into service.

July 11, 2008 I received another letter from the Federal Trade Commission office Re: FTC Ref. No. **13848638** Act in the public's interest to stop business practices that violates the laws it enforces.

July 16, 2008 I received a letter from the State of Maryland Office of the Attorney General Consumer Protection Division Case No. **MU-152529** stating they have attempted to resolve my complaint but the dealership has refused. Now that I've filed complaints and asked for my money back Annapolis Jaguar dealership's General Manager Brad Holmes said he has fixed the needed repairs and has done both a Maryland and District of Columbia inspection on this vehicle. But I don't trust this dealership at all and the

dealership is up for sell. On July 11, 2008 I called the State of Maryland Office of the Attorney General Consumer Protection Division and spoke with the mediator Jackie Shargel and she explained to me that she has a three-way conference call on June 20, 2008 with Brad Holmes and Peter Chaplin and the phone records will prove it. Again Peter Chaplin is violating a conflict of interest. They said they refuse to give me my money back and also refuse to go to arbitration. Enclosed is the letter Re: Annapolis Jaguar Case No: **MU-152529**

**REFIEF FROM THE COURT:**
I'm requesting that the court grant me $80,000.00 for the following reasons:
    (a) My $20,000.00 return of my deposit.
    (b) To void contract and platinum warranty.
    (c) Punitive damages.
    (d) Pain and suffering.
    (e) Misrepresentation.
    (f) Breach of contract.
    (g) Violation of state and federal laws.
    (h) Fine against the company.
    (i) Fraud.
    (j) Because of my excellent credit I've been forced to pay a car payment for a vehicle I'm not enjoying.

Respectfully Submitted,

*Raymond Gresham* (signature)
Raymond Gresham
7060 Eastern Avenue N.W. #216
Washington, DC 20012